# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

PLANNED PARENTHOOD SOUTH ATLANTIC; BEVERLY GRAY, M.D, on behalf of themselves and their

                   Plaintiffs,

v.

JOSHUA STEIN, Attorney General of North Carolina, in his official capacity; TODD M. WILLIAMS, District Attorney ("DA") for Prosecutorial District ("PD") 40, in his official capacity; JIM O'NEILL, DA for PD 31, in his official capacity; SPENCER B. MERRIWEATHER III, DA for PD 26, in his official capacity; AVERY CRUMP, DA for PD 24, in her official capacity; JEFF NIEMAN, DA for PD 18, in his official capacity; SATANA DEBERRY, DA for PD 16, in her official capacity; WILLIAM WEST, DA for PD 14, in his official capacity; LORRIN FREEMAN, DA for PD 10, in her official capacity; BENJAMIN R. DAVID, DA for PD 6, in his official capacity; KODY H. KINSLEY, M.P.P., Secretary of the North Carolina Department of Health and Human Services, in his official capacity; MICHAUX R. KILPATRICK, M.D., PhD., President of the North Carolina Medical Board, in her official capacity, on behalf of herself, the board and its Members; RACQUEL INGRAM, PhD., R.N., Chair of the North Carolina Board of Nursing, in her official capacity, on behalf of herself, the Board and its members; and their employees, agents, and successors,

                   Defendants.

CIVIL ACTION

Case No. 1:23-cv-480

**PLAINTIFF PLANNED PARENTHOOD SOUTH ATLANTIC'S
RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 (a), Plaintiff Planned Parenthood South Atlantic ("PPSAT"), by and through its undersigned counsel, make the following disclosures:

1. PPSAT is not a public-held corporation or otherwise a publicly-held entity.

2. PPSAT has no parent corporation.

3. No publicly held corporation holds 10% or more of the stock of PPSAT.

4. No publicly held corporation or other publicly-held entity has a direct financial interest in the outcome of this litigation.

Respectfully submitted this 16th day of June, 2023.

*s/ Jaclyn Maffetore*
Kristi Graunke
NC Bar # 51216
Jaclyn Maffetore
NC Bar # 50849
American Civil Liberties Union
of North Carolina Legal Foundation
P.O. Box 28004
Raleigh, NC 27611
Tel.: (919) 834-3466
kgraunke@acluofnc.org
jmaffetore@acluofnc.org

COUNSEL FOR ALL PLAINTIFFS

Peter Im*
Helene Krasnoff*
Planned Parenthood Federation of America, Inc.
1110 Vermont Ave., N.W., Suite 300
Washington, D.C. 20005

(202) 973-4800
peter.im@ppfa.org
helene.krasnoff@ppfa.org

* *Special Appearance forthcoming*

COUNSEL FOR PLANNED PARENTHOOD
SOUTH ATLANTIC