## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

PLANNED PARENTHOOD SOUTH      )
ATLANTIC, et al.,      )
     )
         Plaintiffs,      )      CIVIL ACTION
     )      Case No. 1:23-cv-00480
v.      )
     )
JOSHUA STEIN, et al.,      )
     )
         Defendants.

## <u>NOTICE OF SPECIAL APPEARANCE OF BRIGITTE AMIRI</u>

Pursuant to Local Rule 83.1(d), the undersigned counsel hereby provides this Court with notice of the special appearance in the above-captioned civil action of Brigitte Amiri, and in support thereof, the undersigned counsel states as follows:

1. Brigitte Amiri is a licensed attorney in good standing of the bar of New York State (Bar # 3017167). She has also been admitted to the bars of the U.S. Supreme Court, the U.S. District Courts for the Southern District of New York, Eastern District of New York, Eastern District of Michigan, Western District of Michigan, District of Colorado, District of North Dakota, and Northern District of Texas, and the U.S. Courts of Appeal for the First, Fourth, Fifth, Sixth, Seventh, Tenth, Eleventh, and District of Columbia Circuits. She is a Deputy Director of the Reproductive Freedom Project at the American Civil Liberties Union Foundation, Inc., 125 Broad Street, 18th Floor, New York, NY 10004, and may be reached at (212) 519-7897 and bamiri@aclu.org.

2. Ms. Amiri agrees that she will be responsible for ensuring the presence of an attorney who is familiar with the case and has authority to control the litigation at all conferences, hearings, trials, and other proceedings, and that she submits to the disciplinary jurisdiction of the Court for any misconduct in connection with this litigation.

WHEREFORE, notice of the special appearance of Brigitte Amiri is hereby provided to this Court. The undersigned counsel asks that she be noted as counsel of record for Plaintiff Beverly Gray, M.D.in this proceeding.

Dated: June 21, 2023

Respectfully submitted,

*/s/ Kristi Graunke*
Kristi Graunke
NC Bar # 51216
American Civil Liberties Union
of North Carolina Legal Foundation
P.O. Box 28004
Raleigh, NC 27611
Tel.: (919) 834-3466
kgraunke@acluofnc.org

COUNSEL FOR ALL PLAINTIFFS

*/s/ Brigitte Amiri*
Brigitte Amiri*
American Civil Liberties Union
Foundation, Inc.
125 Broad Street, 18th Floor
New York, NY 10004
Tel.: (212) 519-7897
bamiri@aclu.org

COUNSEL FOR BEVERLY GRAY, M.D.

*By special appearance

2

## CERTIFICATE OF SERVICE

I hereby certify that, on June 21, 2023, I electronically filed the foregoing Notice of Special Appearance with the clerk of the court using the CM/ECF system, which will send a notice of electronic filing to counsel of record for all parties.

*/s/ Brigitte Amiri*
Brigitte Amiri*
American Civil Liberties Union
Foundation, Inc.
125 Broad Street, 18th Floor
New York, NY 10004
Tel.: (212) 519-7897
bamiri@aclu.org

COUNSEL FOR BEVERLY GRAY, M.D.

*By special appearance

Case 1:23-cv-00480-CCE-LPA   Document 7   Filed 06/21/23   Page 3 of 3