# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| PLANNED PARENTHOOD SOUTH ATLANTIC, et al., | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION<br>Case No. 1:23-cv-00480 |
| v. | ) ) ) | |
| JOSHUA STEIN, et al., | ) ) | |
| Defendants. | ) | |

## NOTICE OF SPECIAL APPEARANCE OF RYAN MENDIAS

Pursuant to Local Rule 83.1(d), the undersigned counsel hereby provides this Court with notice of the special appearance in the above-captioned civil action of Ryan Mendias, and in support thereof, the undersigned counsel states as follows:

1. Ryan Mendias is a licensed attorney in good standing of the bar of New York State (Bar # 5742242). He has also been admitted to the bars of the U.S. District Court for the Eastern District of New York and the U.S. Court of Appeals for the Ninth Circuit. He is a Staff Attorney at the American Civil Liberties Union Foundation, Inc., 125 Broad Street, 18th Floor, New York, NY 10004, and may be reached at (212) 549-2500 and rmendias@aclu.org

2. Mr. Mendias agrees that he will be responsible for ensuring the presence of an attorney who is familiar with the case and has authority to control the litigation at all conferences, hearings, trials, and other proceedings, and that he submits to the disciplinary jurisdiction of the Court for any misconduct in connection with this litigation.

WHEREFORE, notice of the special appearance of Ryan Mendias is hereby provided to this Court. The undersigned counsel asks that he be noted as counsel of record for Plaintiff Beverly Gray, M.D. in this proceeding.

Dated: June 21, 2023

Respectfully submitted,

| | |
|---|---|
| /s/ Kristi Graunke | /s/ Ryan Mendias |
| Kristi Graunke | Ryan Mendias* |
| NC Bar # 51216 | American Civil Liberties Union |
| American Civil Liberties Union | Foundation, Inc. |
| of North Carolina Legal Foundation | 125 Broad Street, 18th Floor |
| P.O. Box 28004 | New York, NY 10004 |
| Raleigh, NC 27611 | Tel.: (212) 549-2500 |
| Tel.: (919) 834-3466 | rmendias@aclu.org |
| kgraunke@acluofnc.org | |
| | COUNSEL FOR BEVERLY GRAY, M.D. |
| COUNSEL FOR ALL PLAINTIFFS | |

*By special appearance

## **CERTIFICATE OF SERVICE**

I hereby certify that, on June 21, 2023, I electronically filed the foregoing Notice of Special Appearance with the clerk of the court using the CM/ECF system, which will send a notice of electronic filing to counsel of record for all parties.

*/s/ Ryan Mendias*
Ryan Mendias*
American Civil Liberties Union Foundation, Inc.
125 Broad Street, 18th Floor
New York, NY 10004
Tel.: (212) 549-2500
rmendias@aclu.org

COUNSEL FOR BEVERLY GRAY, M.D.

*By special appearance