# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

PLANNED PARENTHOOD SOUTH ATLANTIC, *et al.*, )
)
)
Plaintiffs, )
)
v. ) Case No. 1:23-cv-00480-CCE-LPA
)
JOSHUA STEIN, *et al.*, )
)
Defendants. )

## [PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO EXCEED WORD LIMITATION

Before the Court is Plaintiffs' Unopposed Motion to Exceed Word Limitation, seeking a 2,250-word extension of the 6,250-word limit for briefs prescribed by Local Rule 7.3(d)(1). Having demonstrated good cause for the motion, it is hereby ORDERED that Plaintiffs' Motion to Exceed the Word Limitation prescribed in Local Rule 7.3(d)(1) by 2,250 words is GRANTED.

_____

The Honorable Catherine C. Eagles
United States District Judge

Dated: June ____, 2023