# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

| | | |
|---|---|---|
| Planned Parenthood South Atlantic, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:23-cv-480 |
| Joshua H. Stein, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Joshua H. Stein, in his official capacity as Attorney General for the State of North Carolina.

Date: 06/22/2023

/s/ Sarah G. Boyce
*Attorney's signature*

Sarah G. Boyce, N.C. State Bar No. 56896
*Printed name and bar number*

Deputy Attorney General and General Counsel
North Carolina Department of Justice
Post Office Box 629
Raleigh, North Carolina 27602
*Address*

sboyce@ncdoj.gov
*E-mail address*

(919) 716-6788
*Telephone number*

*FAX number*