| | |
|---|---|
| PLANNED PARENTHOOD SOUTH ATLANTIC; BEVERLY GRAY, M.D., on behalf of themselves and their patients seeking abortions,<br><br>      Plaintiffs,<br><br>v.<br><br>JOSHUA H. STEIN, Attorney General of North Carolina, in his official capacity; TODD M. WILLIAMS, District Attorney ("DA") for Prosecutorial District ("PD") 40, in his official capacity; JIM O'NEILL, DA for PD 31, in his official capacity; SPENCER B. MERRIWEATHER III, DA for PD 26, in his official capacity; AVERY CRUMP, DA for PD 24, in her official capacity; JEFF NIEMAN, DA for PD 18, in his official capacity; SATANA DEBERRY, DA for PD 16, in her official capacity; WILLIAM WEST, DA for PD 14, in his official capacity; LORRIN FREEMAN, DA for PD 10, in her official capacity; BENJAMIN R. DAVID, DA for PD 6, in his official capacity; KODY H. KINSLEY, M.P.P., Secretary of the North Carolina Department of Health and Human Services, in his official capacity; MICHAUX R. KILPATRICK, M.D., PhD., President of the North Carolina Medical Board, in her official capacity, on behalf of herself, the board and its Members; RACQUEL INGRAM, PhD., R.N., Chair of the North Carolina Board of Nursing, in her official capacity, on behalf of herself, the Board and its members; and their employees, agents, and successors,<br><br>      Defendants. | **Case No. 1:23-CV-480**<br><br>**NOTICE OF APPEARANCE** |

W. Ellis Boyle, Esq. of the law firm of Ward and Smith, P.A. hereby provides notice that he is entering an appearance as counsel of record in this action for the Intervenor Defendants.

> */s/ W. Ellis Boyle*
> N.C. State I.D. No.:  33826
> email:  docket@wardandsmith.com*
> email:  weboyle@wardandsmith.com**
> Ward and Smith, P.A.
> Post Office Box 33009
> Raleigh, NC  27636-3009
> Telephone:  919.277.9100
> Facsimile:  919.277.9177
> Attorney for Intervenor Defendants

*This email address must be used in order to effectuate service under the Federal Rules of Civil Procedure.

** Email address to be used for all communications other than service.

CERTIFICATE OF SERVICE

I hereby certify that on June 22, 2023, I electronically filed the foregoing NOTICE OF APPEARANCE with the Clerk of the Court using the CM/ECF system which served notice of this filing to all counsel of record.

> */s/ W. Ellis Boyle*
> N.C. State I.D. No.:  33826
> email:  docket@wardandsmith.com*
> email:  weboyle@wardandsmith.com**
> Ward and Smith, P.A.
> Post Office Box 33009
> Raleigh, NC  27636-3009
> Telephone:  919.277.9100
> Facsimile:  919.277.9177
> Attorneys for Intervenor Defendants

*This email address must be used in order to effectuate service under the Federal Rules of Civil Procedure.

** Email address to be used for all communications other than service.