

JOSHUA H. STEIN
ATTORNEY GENERAL

SARAH G. BOYCE
DEPUTY ATTORNEY GENERAL &
GENERAL COUNSEL

(919) 716-6788
sboyce@ncdoj.gov

June 22, 2023

Joshua A. Yost
General Counsel
Office of the President Pro Tempore

Sam M. Hayes
General Counsel
Office of the Speaker of the House of Representatives

Messrs. Yost and Hayes:

    On June 16, 2023, Planned Parenthood South Atlantic and Dr. Beverly Gray, a North Carolina physician, filed an action naming a range of government officials, including Attorney General Josh Stein. Plaintiffs' suit raises numerous challenges to provisions in North Carolina Session Law 2023-14 (Senate Bill 20), the recently passed law that significantly restricts abortion access in North Carolina.

    After review and analysis, we have concluded that some, and possibly all, of Plaintiffs' arguments are legally correct. The Department's filings in the *Planned Parenthood* case on behalf of Attorney General Stein will reflect this legal analysis on the merits.

    Should the President Pro Tempore of the Senate and the Speaker of the House of Representatives decide that they wish to intervene in the case, the Department will cooperate.

    Please feel free to give me a call if you have questions.

Sincerely,

/s/ Sarah G. Boyce
Sarah G. Boyce

POST OFFICE BOX 629, RALEIGH, NC 27602-0629

EXHIBIT 1

Case 1:23-cv-00480-CCE-LPA   Document 18-1   Filed 06/22/23   Page 1 of 1