# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF NORTH CAROLINA

Planned Parenthood South Atlantic, et al.

            v.            Case Number: 1:23CV480

Joshua Stein, et al.

# NOTICE OF SCHEDULING

Take **notice** that a proceeding in the case has been **scheduled** as indicated below:

| | |
|---|---|
| **PLACE:** | L. Richardson Preyer Bldg. |
| | 324 W. Market St., Greensboro, NC |
| **COURTROOM NO.:** | 3 |
| **DATE AND TIME:** | June 28, 2023 at 9:30 a.m. |
| **PROCEEDING:** | Hearing on Motion for Temporary Restraining Order |

John S. Brubaker, Clerk

By: /s/ Robin Winchester, Deputy Clerk

Date: June 23, 2023

TO:    ALL COUNSEL/PARTIES OF RECORD