# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

| | |
|---|---|
| PLANNED PARENTHOOD SOUTH ATLANTIC; et al ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:23-cv-480 |
| Joshua H. Stein, et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

KODY H. KINSLEY, in his official capacity as the Secretary of the NC Dep't of Health and Human Services .

Date: 06/23/2023

/s/ Colleen Crowley
*Attorney's signature*

Colleen Crowley, N.C. State Bar No. 25375
*Printed name and bar number*

North Carolina Department of Justice
P.O. Box 629
Raleigh, NC 27602-0629
*Address*

ccrowley@ncdoj.gov
*E-mail address*

(919) 716-6842
*Telephone number*

*FAX number*

Print   Save As...   Reset