# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

| | |
|---|---|
| PLANNED PARENTHOOD SOUTH ATLANTIC; et al<br>*Plaintiff*<br>v.<br>Joshua H. Stein, et al.<br>*Defendant* | )<br>)<br>) Case No. 1:23-cv-480<br>)<br>) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Joshua H. Stein, in his official capacity as Attorney General for the State of North Carolina   .

Date:   06/24/2023

/s/ Sripriya Narasimhan
*Attorney's signature*

Sripriya Narasimhan, N.C. State Bar No. 57032
*Printed name and bar number*

North Carolina Department of Justice
Post Office Box 629
Raleigh, North Carolina 27602
*Address*

SNarasimhan@ncdoj.gov
*E-mail address*

(919) 716-6421
*Telephone number*

*FAX number*