IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| PLANNED PARENTHOOD SOUTH ATLANTIC, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No. 1:23-cv-00480-CCE-LPA ) ) |
| JOSHUA STEIN, *et al.*, | ) ) |
| Defendants. | ) |

## NOTICE TO COURT OF FACTUAL DEVELOPMENT

On June 21, 2023, Plaintiffs filed a Motion for Temporary Restraining Order and Preliminary Injunction (DE 11, 12) ("Plaintiffs' Motion") seeking to block the entirety of Part I and the hospitalization requirement[1] of Part II of North Carolina Session Law 2023-14 ("the Act"). On the morning of June 22, 2023, this Court set a hearing on Plaintiffs' request for a TRO for this Wednesday (Text Order of June 22, 2023). On June 22, 2023, the North Carolina Senate voted in favor of several amendments to the Act (the "proposed amendments"), most of which seem directly responsive to Plaintiffs' complaint. *See* House Bill 190 ("H.B. 190") (attached as Ex. 1). The proposed amendments:

- Insert a cross-reference to the fetal homicide statute to make clear that there is an exception for lawful abortion. H.B. 190, § 14.1.(a) (amending § 14-23.7). The lack

---

[1] To be codified at N.C. Gen. Stat. § 90-21.82A.

of such a cross-reference is the basis for one of Plaintiffs' claims in this action. *See, e.g.*, Compl. (DE 1) ¶¶ 3, 42–44.

- Remove the word "advise" in the description of unlawful activity related to abortion after the twelfth week of pregnancy and clarify that the remaining prohibitions apply only to abortions in North Carolina, H.B. 190, §§ 14.1(b)–(c) (amending §§ 90-21.81A, -21.81B). Plaintiffs challenged this provision. Compl. ¶¶ 8, 69–70.

- Repeal section 90-21.83C from the original bill, H.B. 190 § 14.1(g), which raised confusion about whether this new 72-hour waiting period had a medical emergency exception and whether the 72-hour period needed to be restarted if certain information like the physician's name changed. Plaintiffs challenged this provision. Compl. ¶¶ 6, 62–65.

- Change the time for reporting for minors' abortions to 30 days, H.B. 190 § 14.1(j) (amending § 90-31.93), rather than three days. Plaintiffs challenged this provision. Compl. ¶¶ 7, 68.

- Resolve the inconsistency about when medication abortion may be provided, clarifying that it is not unlawful after 70 days, H.B. 190, § 14.1.(f) (amending § 90-21.83B). Plaintiffs challenged this provision. Compl. ¶¶ 4, 45–51, 78.

It is Plaintiffs' understanding that the North Carolina Senate will have a third reading on these amendments in the evening of June 26, 2023. Plaintiffs further understand that the North Carolina House of Representatives will consider whether to concur with these amendments thereafter, sometime during the week of June 26, 2023.

Plaintiffs do not know if there will be further changes to the amendments. If the House concurs, and the proposed amendments pass, the Governor will have ten days to act on the bill. The amendments, however, do not change the effective date, which, for most of the provisions of the Act that Plaintiffs challenge, is July 1, 2023. As a result, if the proposed amendments do not become law before that date, the current version of the Act would take effect despite these proposed changes, and Plaintiffs' need for a temporary restraining order would be unchanged.

The pending changes to the Act, if adopted as currently written, will affect Plaintiffs' claims and likely render many (but not all) of their claims moot. But even if the amendments become law before July 1, 2023, Plaintiffs' need for a temporary restraining order persists because Plaintiffs will need time to assess and comply with this complex and ever-changing law. Moreover, Defendant Department of Health and Human Services ("DHHS") has already promulgated forms that health care providers must use to comply with the pre-amendment version of the Act. If the proposed amendments become law, DHHS will need time to adjust those forms.

Plaintiffs will continue to keep the Court apprised of the legislative developments in the event the amendments pass as written and in light of the parties' stipulation on dates of effectiveness.

Dated: June 26, 2023

Respectfully submitted,

*s/ Peter Im*

| | |
|---|---|
| Peter Im* | Brigitte Amiri* |
| Helene T. Krasnoff* | Lindsey Kaley* |
| Planned Parenthood Fed. of America | Ryan Mendias* |
| 1110 Vermont Avenue NW, Suite 300 | American Civil Liberties Union |
| Washington, DC 20005 | Foundation |
| Tel.: (202) 973-4800 | 125 Broad Street, 18th Fl. |
| peter.im@ppfa.org | New York, NY 10004 |
| helene.krasnoff@ppfa.org | Tel: 212-549-2633 |
| | bamiri@aclu.org |
| COUNSEL FOR PLANNED | lkaley@aclu.org |
| PARENTHOOD SOUTH ATLANTIC | rmendias@aclu.org |
| | |
| Kristi Graunke | COUNSEL FOR BEVERLY GRAY, M.D. |
| NC Bar # 51216 | |
| Jaclyn Maffetore | *Special appearance filed |
| NC Bar # 50849 | |
| American Civil Liberties Union | |
| of North Carolina Legal Foundation | |
| P.O. Box 28004 | |
| Raleigh, NC 27611 | |
| Tel.: (919) 834-3466 | |
| kgraunke@acluofnc.org | |
| jmaffetore@acluofnc.org | |
| | |
| COUNSEL FOR ALL PLAINTIFFS | |

## CERTIFICATE OF SERVICE

I hereby certify that, on June 26, 2023, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing, and will also serve this motion on counsel for Defendants via email, as well as via certified U.S. mail at the addresses listed below if Defendants' counsel has not agreed to email-only service:

Amar Majmundar
amajmundar@ncdoj.gov

Stephanie A. Brennan
sbrennan@ncdoj.gov

Sarah G. Boyce
sboyce@ncdoj.gov

Sripriya Narasimhan
snarasimhan@ncdoj.gov
*Counsel for Defendant Stein*

Joshua Stein
Attorney General of North Carolina
NORTH CAROLINA DEPARTMENT OF JUSTICE
114 West Edenton Street
Raleigh, NC 27603


Colleen Mary Crowley
ccrowley@polsinelli.com

Michael T. Wood
mwood@ncdoj.gov
*Counsel for Defendant Kinsley*

Kody H. Kinsley, M.P.P.
c/o Julie Cronin, General Counsel
DEPARTMENT OF HEALTH & HUMAN SERVICES
Office of Legal Affairs

Adams Building
2001 Mail Service Center
Raleigh, NC 27699

Michael E. Bulleri
mbulleri@ncdoj.gov
*Counsel for Defendants Kilpatrick and Ingram*

Michaux R. Kilpatrick, M.D., Ph.D.
President, NORTH CAROLINA MEDICAL BOARD
c/o Thomas Mansfield, Chief Executive Officer
1203 Front Street
Raleigh, NC 27609

Racquel Ingram, Ph.D., R.N.
Chair, NORTH CAROLINA BOARD OF NURSING
c/o Meredith Parris, Legal Director
4516 Lake Boone Trail
Raleigh, NC 27607


Elizabeth O'Brien
eobrien@ncdoj.gov

Olga Vysotskaya
ovysotskaya@ncdoj.gov
*Counsel for Defendants Crump, David, Freeman, Williams, West, Nieman, O'Neill, Deberry, and Merriweather*

Avery Crump
DISTRICT ATTORNEY'S OFFICE
PROSECUTORIAL DISTRICT 24
Guilford County Courthouse
201 S. Eugene Street
Greensboro, NC 27401

Benjamin R. David
DISTRICT ATTORNEY'S OFFICE
PROSECUTORIAL DISTRICT 6
New Hanover County Courthouse
316 Princess St., Suite 543
Wilmington, NC 28401

6

Jeff Nieman
DISTRICT ATTORNEY'S OFFICE
PROSECUTORIAL DISTRICT 18
Orange County Courthouse
144 East Margaret Lane
Hillsborough, NC 27278

Jim O'Neill
DISTRICT ATTORNEY'S OFFICE
PROSECUTORIAL DISTRICT 31
Forsyth County Hall of Justice
200 North Main St.
Winston-Salem, NC 27101

Lorrin Freeman
DISTRICT ATTORNEY'S OFFICE
PROSECUTORIAL DISTRICT 10
Wake County Justice Center
300 S. Salisbury Street
Raleigh, NC 27601

Satana Deberry
DISTRICT ATTORNEY'S OFFICE
PROSECUTORIAL DISTRICT 16
Durham County Courthouse
510 South Dillard Street, 8th Floor
Durham, NC 27701

Spencer B. Merriweather III
DISTRICT ATTORNEY'S OFFICE
PROSECUTORIAL DISTRICT 26
700 East Trade Street
Charlotte, NC 28202

Todd M. Williams
OFFICE OF THE DISTRICT ATTORNEY
PROSECUTORIAL DISTRICT 40
Buncombe County Courthouse
60 Court Plaza
Asheville, NC 28801

William West
DISTRICT ATTORNEY'S OFFICE

PROSECUTORIAL DISTRICT 14
Judge E. Maurice Braswell Cumberland County Courthouse
117 Dick Street, Suite 427
Fayetteville, NC 28301


William Ellis Boyle
weboyle@wardandsmith.com

*Counsel for Intervenor Defendants Berger and Moore*

Philip E. Berger
NORTH CAROLINA GENERAL ASSEMBLY
16 West Jones Street
Room 2007
Raleigh, NC 27601

Timothy K. Moore
NORTH CAROLINA GENERAL ASSEMBLY
16 West Jones Street
Room 2304
Raleigh, NC 27601


                                          *s/ Peter Im*
                                          Peter Im
                                          Planned Parenthood Fed. of America
                                          1110 Vermont Avenue NW, Suite 300
                                          Washington, DC 20005
                                          Tel.: (202) 973-4800
                                          peter.im@ppfa.org