# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

| | |
|---|---|
| Planned Parenthood South Atlantic; et al., <br> *Plaintiff* <br> v. <br> Joshua Stein, et al., <br> *Defendant* | ) <br> ) <br> ) Case No. 1:23-cv-00480-CCE-LPA <br> ) <br> ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant, Jim O'Neill.

Date: 06/27/2023

/s/ Kevin G. Williams
*Attorney's signature*

Kevin G. Williams, N.C. State Bar No. 25760
*Printed name and bar number*

Bell, Davis & Pitt, P. A.
P.O. Box 21029
Winston Salem, NC 27120
*Address*

kwilliams@belldavispitt.com
*E-mail address*

(336) 714-4150
*Telephone number*

(336) 722-8153
*FAX number*