# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

### Case No.: 1:23-cv-00480-CCE-LPA

| | | |
|---|---|---|
| **PLANNED PARENTHOOD SOUTH ATLANTIC, et al.** | ) ) ) | |
| **Plaintiffs,** | ) ) | **NOTICE OF APPEARANCE** |
| **v.** | ) ) | |
| **STEIN, et al.** | ) ) | |
| **Defendants.** | ) | |

NOW COMES the undersigned, Special Deputy Attorney General Elizabeth Curran O'Brien, and makes an appearance in this matter on behalf of Defendants Todd M. Williams, District Attorney for the 40th Prosecutorial District, Spencer Merriweather, III, District Attorney for the 26th Prosecutorial District, Avery Michelle Crump, District Attorney for the 24th Prosecutorial District, Jeff Nieman, District Attorney for the 18th Prosecutorial District, Satana Deberry, District Attorney for the 16th Prosecutorial District, William West, District Attorney for the 14th Prosecutorial District, Lorrin Freeman, District Attorney for the 10th Prosecutorial District, and Benjamin R. David, District Attorney for the 6th Prosecutorial District.

Pursuant to Rule 7.1 of the Federal Rules of Procedure, a disclosure of corporate affiliations/financial interest disclosure statement is not required to be filed on behalf

of the aforementioned Defendants who are state officers of North Carolina's Judicial Department. N.C. Gen. Stat. Chapter 7A.

Respectfully submitted this the 29th day of June, 2023.

JOSHUA H. STEIN
Attorney General

/s/Elizabeth Curran O'Brien
Special Deputy Attorney General
N.C. State Bar No. 28885
E-mail: eobrien@ncdoj.gov
N.C. Department of Justice
P.O. Box 629
Raleigh, NC 27602-0629
Telephone: (919) 716-6800
Fax: (919) 716-6755
*Counsel for Defendants Williams,*
*Merriweather, Crump, Nieman, Deberry,*
*West, Freeman and David*

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that the undersigned has this day electronically filed the foregoing **NOTICE OF APPEARANCE** using the CM/ECF system, which will send notification of such filing to all the counsel of record for the parties who participate in the CM/ECF system.

This the 29th day of June, 2023.

<u>/s/ Elizabeth Curran O'Brien</u>
Elizabeth Curran O'Brien
Special Deputy Attorney General
N.C. Department of Justice