UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
No. 1:23-cv-480

| | |
|---|---|
| PLANNED PARENTHOOD SOUTH ATLANTIC; BEVERLY GRAY, M.D., on behalf of themselves and their patients seeking abortions,<br><br>      Plaintiffs,<br><br>v.<br><br>JOSHUA H. STEIN, Attorney General of North Carolina, in his official capacity; et al.<br><br>      Defendants,<br><br>and<br><br>PHILIP E. BERGER, President Pro Tempore of the North Carolina Senate, in his official capacity; and TIMOTHY K. MOORE, Speaker of the North Carolina State House, in his official capacity.<br><br>      Intervenor-Defendants. | JOINT STIPULATION |

  On June 16, 2023, Plaintiffs filed a complaint alleging that various provisions of N.C. Sess. L. 2023-14 (S.B. 20) are impermissibly vague and lack a rational basis, in violation of the Fourteenth Amendment's Due Process Clause. Among the challenged provisions are (1) N.C. Sess. L. 2023-14, § 1.2, as amended by H. 190 (N.C. Gen. Stat. § 90-21.81A(a)), which makes it "unlawful after the twelfth week of a woman's pregnancy to procure or cause a miscarriage or abortion"; and (2) N.C. Sess. L. 2023-14. § 2.1 (N.C. Gen. Stat. § 90-21.82A(c)), which requires that abortions performed after the twelfth week

of pregnancy be performed in a hospital (the hospitalization requirement).

On June 21, 2023, Plaintiffs filed a Motion for Temporary Restraining Order and Preliminary Injunction (DE 11, 12) ("Plaintiffs' Motion") seeking to block the entirety of Part I and the hospitalization requirement of Part II.

On June 28, 2023, after briefing was complete, this Court held a hearing on Plaintiffs' Motion for Temporary Restraining Order.

All Defendants and Intervenors hereby stipulate and agree that none of the provisions in Senate Bill 20 (Session Law 2023-14), codified in Article 1I of Chapter 90 of the General Statutes, impose civil, criminal, or professional liability on an individual who advises, procures, causes, or otherwise assists someone in obtaining a lawful out-of-state abortion. For the avoidance of doubt, this stipulation means that advising, procuring, causing, or otherwise assisting someone in obtaining a lawful out-of-state abortion is not a criminal offense under N.C. Gen. Stat. § 14-23.2.

All Defendants and Intervenors further stipulate and agree that any recent change in law dealing with a hospitalization for a victim of rape or incest seeking an abortion after 12 weeks (N.C. Gen. Stat. §§ 90-21.81B(3)), 90-21.82A(c)), will not take effect until October 1, 2023. Therefore, until that date, a qualified physician may perform an abortion after the twelfth week and through the twentieth week of a woman's pregnancy when the procedure is performed in a licensed abortion clinic and when the woman's pregnancy is a result of rape or incest.

Respectfully submitted this 29th day of June, 2023.

| FOR ALL PLAINTIFFS: | FOR DEFENDANT ATTORNEY GENERAL JOSHUA H. STEIN: |
|---|---|
| /s/ Kristi Graunke<br>N.C. State Bar 51216<br>kgraunke@acluofnc.org<br><br>American Civil Liberties Union<br>of North Carolina Legal Foundation<br>P.O. Box 28004<br>Raleigh, NC 27611<br>Phone: 919-834-3466<br>Fax: 919-869-2075 | /s/ Sarah G. Boyce<br>Deputy Attorney General and<br>General Counsel<br>N.C. State Bar 56896<br>sboyce@ncdoj.gov<br><br>North Carolina Dept. of Justice<br>P.O. Box 629<br>Raleigh, NC 27602<br>Phone: 919-716-6900<br>Fax: 919-716-6758 |
| FOR DEFENDANT DISTRICT ATTORNEY JIM O'NEILL: | FOR DEFENDANT SECRETARY KODY H. KINSLEY: |
| /s/ Kevin Guy Williams<br>N.C. State Bar 25760<br>kwilliams@belldavispitt.com<br><br>Bell Davis & Pitt, P.A.<br>P.O. Box. 21029<br>Winston-Salem, NC 27120-1029<br>Phone: 336-714-4150<br>Fax: 336-722-8153 | /s/ Michael T. Wood<br>N.C. Stat Bar 32427<br>mwood@ncdoj.gov<br><br>North Carolina Dept. of Justice<br>P.O. Box 629<br>Raleigh, NC 27602<br>Phone: 919-716-6900<br>Fax: 919-716-6758 |
| FOR DEFENDANTS DISTRICT ATTORNEY TODD M. WILLIAMS, ET AL.: | FOR DEFENDANTS MICHAUX R. KILPATRICK, MD, PHD and RACQUEL INGRAM, PHD, RN: |
| /s/ Elizabeth Curran O'Brien<br>N.C. State Bar 28885<br>eobrien@ncdoj.gov<br><br>North Carolina Dept. of Justice<br>P.O. Box 629<br>Raleigh, NC 27602 | /s/ Michael E. Bulleri<br>N.C. State Bar 35196<br>mbulleri@ncdoj.gov<br><br>North Carolina Dept. of Justice<br>P.O. Box 629<br>Raleigh, NC 27602 |

Phone: 919-716-6900  Phone: 919-716-6900
Fax: 919-716-6758  Fax: 919-716-6758

FOR INTERVENOR-DEFENDANTS SENATOR PHILIP E. BERGER AND REPRESENTATIVE TIMOTHY K. MOORE:

/s W. Ellis Boyle
N.C. State Bar 33826
weboyle@wardsmith.com

Ward & Smith, P.A.
P.O. Box 33009
Raleigh, NC 27636
Phone: 919-277-9187