# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| PLANNED PARENTHOOD SOUTH ATLANTIC, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| JOSHUA STEIN, *et al.*, | ) Case No. 1:23-cv-00480-CCE-LPA ) |
| Defendants, | ) ) ) |
| and | ) ) |
| PHILIP E. BERGER, *et al.*, | ) ) |
| Intervenor-Defendants, | ) |

## JOINT MOTION TO EXTEND TEMPORARY RESTRAINING ORDER

On June 30, 2023, this Court entered a temporary restraining order enjoining Defendants from enforcing the requirement in N.C. Gen. Stat. § 90-21.83B(a)(7) that a "physician prescribing, administering, or dispensing an abortion-inducing drug" shall "[d]ocument in the woman's medical chart the . . . existence of an intrauterine pregnancy." ECF No. 31 at 8–9. The order remains in effect until noon on July 14, 2023. *Id.* at 10.

Rule 65(b)(2) of the Federal Rules of Civil Procedure provides that temporary restraining orders "expire[] at the time after entry—not to exceed 14 days—that the court sets, unless before that time the court, for good cause, extends it for a like period or the adverse party consents to a longer extension." Fed. R. Civ. P. 65(b)(2). All Defendants and Intervenors hereby consent and agree to the extension of the temporary restraining order

until such time as the Court rules either on Plaintiffs' motion for a preliminary injunction, ECF No. 11, or on a renewed motion for a preliminary injunction that Plaintiffs will file by a date to be set by the Court.

Respectfully submitted this 5th day of July, 2023.

| FOR ALL PLAINTIFFS: | FOR DEFENDANT ATTORNEY GENERAL JOSHUA H. STEIN: |
|---|---|
| /s/ Lindsey Kaley<br>Lindsey Kaley*<br>lkaley@aclu.org<br><br>American Civil Liberties Union Foundation<br>125 Broad Street, 18th Fl.<br>New York, NY 10004<br>Tel: 212-549-2633 | /s/ Sarah G. Boyce<br>Deputy Attorney General and General Counsel<br>N.C. State Bar 56896<br>sboyce@ncdoj.gov<br><br>North Carolina Dept. of Justice<br>P.O. Box 629<br>Raleigh, NC 27602<br>Phone: 919-716-6900<br>Fax: 919-716-6758 |

/s/ Kristi Graunke
N.C. State Bar 51216
kgraunke@acluofnc.org

American Civil Liberties Union
of North Carolina Legal Foundation
P.O. Box 28004
Raleigh, NC 27611
Phone: 919-834-3466
Fax: 919-869-2075

*Special appearance filed

| FOR DEFENDANT DISTRICT ATTORNEY JIM O'NEILL: | FOR DEFENDANT SECRETARY KODY H. KINSLEY: |
|---|---|
| /s/ Kevin Guy Williams<br>N.C. State Bar 25760<br>kwilliams@belldavispitt.com | /s/ Michael T. Wood<br>N.C. Stat Bar 32427<br>mwood@ncdoj.gov |

Bell Davis & Pitt, P.A.
P.O. Box. 21029
Winston-Salem, NC 27120-1029
Phone: 336-714-4150
Fax: 336-722-8153

FOR DEFENDANTS DISTRICT ATTORNEY TODD M. WILLIAMS, ET AL.:

/s/ Elizabeth Curran O'Brien
N.C. State Bar 28885
eobrien@ncdoj.gov

North Carolina Dept. of Justice
P.O. Box 629
Raleigh, NC 27602
Phone: 919-716-6900
Fax: 919-716-6758

FOR INTERVENOR-DEFENDANTS SENATOR PHILIP E. BERGER AND REPRESENTATIVE TIMOTHY K. MOORE:

/s W. Ellis Boyle
N.C. State Bar 33826
weboyle@wardsmith.com

Ward & Smith, P.A.
P.O. Box 33009
Raleigh, NC 27636
Phone: 919-277-9187

North Carolina Dept. of Justice
P.O. Box 629
Raleigh, NC 27602
Phone: 919-716-6900
Fax: 919-716-6758

FOR DEFENDANTS MICHAUX R. KILPATRICK, MD, PHD and RACQUEL INGRAM, PHD, RN:

/s/ Michael E. Bulleri
N.C. State Bar 35196
mbulleri@ncdoj.gov

North Carolina Dept. of Justice
P.O. Box 629
Raleigh, NC 27602
Phone: 919-716-6900
Fax: 919-716-6758

3