IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| PLANNED PARENTHOOD SOUTH ATLANTIC, *et al.*, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )<br>) |
| JOSHUA STEIN, *et al.*, | ) Case No. 1:23-cv-00480-CCE-LPA<br>) |
| Defendants, | )<br>) |
| and | )<br>) |
| PHILIP E. BERGER, *et al.*, | )<br>) |
| Intervenor-Defendants, | ) |

## JOINT MOTION FOR A BRIEFING SCHEDULE

At the hearing on Plaintiffs' motion for a temporary restraining order on June 28, 2023, the Court ordered that the parties confer regarding scheduling the resolution of Plaintiffs' motion for a preliminary injunction. On June 30, 2023, the Court entered a temporary restraining order that will remain in effect until noon on July 14, 2023. Doc. 31. Today, July 5, 2023, Plaintiffs filed a joint motion with the consent of all parties to extend the temporary restraining order until such time as the Court rules on their renewed request for a preliminary injunction. Doc. 33.

To date, the parties have been unable to reach a joint proposed schedule for briefing Plaintiffs' motion for a preliminary injunction. The position of each party as to a proposed schedule follows:

## Plaintiffs

| Filing | Due Date |
|---|---|
| Plaintiffs' Amended Complaint[1] | July 28, 2023 |
| Plaintiffs' Renewed Motion for Preliminary Injunction | July 28, 2023 |
| Defendants' and Intervenors' Oppositions to Plaintiffs' Renewed Motion for Preliminary Injunction | August 18, 2023 |
| Defendants' and Intervenors' Answer or Motion to Dismiss Amended Complaint | August 18, 2023 |
| Plaintiffs' Reply Supporting Preliminary Injunction | September 1, 2023 |
| Plaintiffs' Response to Motion to Dismiss | September 1, 2023 |
| Defendants' and Intervenors' Reply Supporting Motion to Dismiss | September 8, 2023 |
| Hearing on Renewed Request for Preliminary Injunction | September 12 or 13, 2023 |

## Intervenor-Defendants

| Filing | Due Date |
|---|---|
| Expert Witness Disclosure with reports by Plaintiffs and Attorney General Stein | July 10, 2023 |
| Expert Witness Disclosure with reports by Intervenors and Remaining Defendants | July 28, 2023 |
| Depositions of Expert Witnesses | August 1–9, 2023 |
| Plaintiffs' and Attorney General Stein's Opening Brief | August 16, 2023 |
| Intervenors' and Remaining Defendants' Response Brief | August 30, 2023 |
| Plaintiffs' and Attorney General Stein's Reply Brief | September 6, 2023 |
| Hearing on Preliminary Injunction | September 12 or 13, 2023 |

---

[1] As the Court is aware, due to legislative amendments, the challenged statute has changed considerably since Plaintiffs filed this action.

**Defendants**

Defendants Attorney General Joshua H. Stein; District Attorney O'Neill; Secretary Kody H. Kinsley; Michaux R. Kilpatrick; Racquel Ingram; and District Attorneys Williams, Merriweather, Crump, Nieman, Deberry, West, Freeman, and David, all take no position on the proposed schedule.

Dated: July 5, 2023

Respectfully submitted,

| FOR ALL PLAINTIFFS: | FOR DEFENDANT ATTORNEY GENERAL JOSHUA H. STEIN: |
|---|---|
| /s/ Lindsey Kaley<br>Lindsey Kaley*<br>lkaley@aclu.org | /s/ Sarah G. Boyce<br>Deputy Attorney General and<br>General Counsel<br>N.C. State Bar 56896<br>sboyce@ncdoj.gov |
| American Civil Liberties Union Foundation<br>125 Broad Street, 18th Fl.<br>New York, NY 10004<br>Tel: 212-549-2633 | North Carolina Dept. of Justice<br>P.O. Box 629<br>Raleigh, NC 27602<br>Phone: 919-716-6900<br>Fax: 919-716-6758 |
| /s/ Kristi Graunke<br>N.C. State Bar 51216<br>kgraunke@acluofnc.org | |
| American Civil Liberties Union<br>of North Carolina Legal Foundation<br>P.O. Box 28004<br>Raleigh, NC 27611<br>Phone: 919-834-3466<br>Fax: 919-869-2075 | |

*Special appearance filed*

| | |
|---|---|
| FOR DEFENDANT DISTRICT ATTORNEY JIM O'NEILL: | FOR DEFENDANT SECRETARY KODY H. KINSLEY: |
| /s/ Kevin Guy Williams<br>N.C. State Bar 25760<br>kwilliams@belldavispitt.com | /s/ Michael T. Wood<br>N.C. Stat Bar 32427<br>mwood@ncdoj.gov |
| Bell Davis & Pitt, P.A.<br>P.O. Box. 21029<br>Winston-Salem, NC 27120-1029<br>Phone: 336-714-4150<br>Fax: 336-722-8153 | North Carolina Dept. of Justice<br>P.O. Box 629<br>Raleigh, NC 27602<br>Phone: 919-716-6900<br>Fax: 919-716-6758 |
| FOR DEFENDANTS DISTRICT ATTORNEY TODD M. WILLIAMS, ET AL.: | FOR DEFENDANTS MICHAUX R. KILPATRICK, MD, PHD and RACQUEL INGRAM, PHD, RN: |
| /s/ Elizabeth Curran O'Brien<br>N.C. State Bar 28885<br>eobrien@ncdoj.gov | /s/ Michael E. Bulleri<br>N.C. State Bar 35196<br>mbulleri@ncdoj.gov |
| North Carolina Dept. of Justice<br>P.O. Box 629<br>Raleigh, NC 27602<br>Phone: 919-716-6900<br>Fax: 919-716-6758 | North Carolina Dept. of Justice<br>P.O. Box 629<br>Raleigh, NC 27602<br>Phone: 919-716-6900<br>Fax: 919-716-6758 |

FOR INTERVENOR-DEFENDANTS SENATOR PHILIP E. BERGER AND REPRESENTATIVE TIMOTHY K. MOORE:

/s W. Ellis Boyle
N.C. State Bar 33826
weboyle@wardsmith.com

Ward & Smith, P.A.
P.O. Box 33009
Raleigh, NC 27636
Phone: 919-277-9187