IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| PLANNED PARENTHOOD SOUTH ATLANTIC, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) |
| JOSHUA STEIN, *et al.*, | ) Case No. 1:23-cv-00480-CCE-LPA ) |
| Defendants, | ) ) ) |
| and | ) ) |
| PHILIP E. BERGER, *et al.*, | ) ) |
| Intervenor-Defendants, | ) |

## **[PROPOSED] ORDER ENTERING BRIEFING SCHEDULE**

Having considered the proposals of the parties, it is hereby **ORDERED** that the parties comply with the following deadlines with respect to Plaintiffs' request for a preliminary injunction:

[OPTION A]

| **Filing** | **Due Date** |
|---|---|
| Plaintiffs' Amended Complaint | July 28, 2023 |
| Plaintiffs' Renewed Motion for Preliminary Injunction | July 28, 2023 |
| Defendants' and Intervenors' Oppositions to Plaintiffs' Renewed Motion for Preliminary Injunction | August 18, 2023 |
| Defendants' and Intervenors' Answer or Motion to Dismiss Amended Complaint | August 18, 2023 |
| Plaintiffs' Reply Supporting Preliminary | September 1, 2023 |

| | |
|---|---|
| Injunction | |
| Plaintiffs' Response to Motion to Dismiss | September 1, 2023 |
| Defendants' and Intervenors' Reply Supporting Motion to Dismiss | September 8, 2023 |

[OPTION B]

| Filing | Due Date |
|---|---|
| Expert Witness Disclosure with reports by Plaintiffs and Attorney General Stein | July 10, 2023 |
| Expert Witness Disclosure with reports by Intervenors and Remaining Defendants | July 28, 2023 |
| Depositions of Expert Witnesses | August 1–9, 2023 |
| Plaintiffs' and Attorney General Stein's Opening Brief | August 16, 2023 |
| Intervenors' and Remaining Defendants' Response Brief | August 30, 2023 |
| Plaintiffs' and Attorney General Stein's Reply Brief | September 6, 2023 |

A hearing on Plaintiffs' Renewed Motion for Preliminary Injunction is **SET** for September \_\_\_, 2023 at \_\_\_\_ in Greensboro, Courtroom \_\_\_.

This the \_\_\_ day of July, 2023

_____
UNITED STATES DISTRICT JUDGE