IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| PLANNED PARENTHOOD SOUTH ATLANTIC, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | |
| JOSHUA STEIN, *et al.*, | ) ) | 1:23-CV-480 |
| Defendants, | ) ) ) | |
| and | ) ) | |
| PHILIP E. BERGER, *et al.*, | ) ) | |
| Intervenor-Defendants, | ) | |

## CONSENT ORDER EXTENDING TEMPORARY RESTRAINING ORDER

Rule 65(b)(2) of the Federal Rules of Civil Procedure provides that temporary restraining orders "expire[] at the time after entry—not to exceed 14 days—that the court sets, unless before that time the court, for good cause, extends it for a like period or the adverse party consents to a longer extension." Fed. R. Civ. P. 65(b)(2). All Defendants and Intervenors have consented and agreed to the extension of the temporary restraining order entered in this case until such time as the Court rules either on Plaintiffs' motion for a preliminary injunction, Doc. 11, or on a renewed motion for a preliminary injunction that Plaintiffs will file by a date to be set by the Court.

It is therefore **ORDERED** that the temporary restraining order entered by the Court, ECF No. 31, is **EXTENDED** and shall **REMAIN** in effect until such time as the Court

rules on either Plaintiffs' motion for a preliminary injunction, Doc. 11, or on a renewed motion for a preliminary injunction that Plaintiffs will file by a date to be set by the Court.

This the 5th day of July, 2023

                                                     UNITED STATES DISTRICT JUDGE