# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

| | |
|---|---|
| Planned Parenthood South Atlantic, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:23-cv-480 |
| Joshua H. Stein, et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Joshua H. Stein, in his official capacity as Attorney General for the State of North Carolina.

Date: 07/07/2023

/s/ South A. Moore
*Attorney's signature*

South A. Moore, N.C. State Bar No. 55175
*Printed name and bar number*
N.C. Department of Justice
P.O. Box 629
Raleigh, NC 27602

*Address*

smoore@ncdoj.gov
*E-mail address*

(919) 716-0914
*Telephone number*

(919) 716-6050
*FAX number*