# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF NORTH CAROLINA

PLANNED PARENTHOOD SOUTH ATLANTIC

        v.                Case Number: 1:23CV480

JOSHUA STEIN, et al

# NOTICE

**Take notice** that a proceeding in the case has been **set** as indicated below:

| | |
|---|---|
| PLACE: | L. Richardson Preyer Bldg.<br>324 W. Market St., Greensboro, N.C. |
| COURTROOM NO.: | 3 |
| DATE AND TIME: | September 21, 2023 at 9:30 a.m. |
| PROCEEDING: | Hearing on Motion for Preliminary Injunction |

John S. Brubaker, Clerk

By: /s/ Robin Winchester, Deputy Clerk

Date: July 10, 2023

TO:     ALL COUNSEL/PARTIES OF RECORD