UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| PLANNED PARENTHOOD SOUTH ATLANTIC and BEVERLY GRAY, MD,<br><br>Plaintiff,<br><br>v.<br><br>JOSHUA STEIN, TODD M. WILLIAMS, JIM O'NEILL, SPENCER MERRIWEATHER, AVERY CRUMP, JEFF NIEMAN, SATANA DEBERRY, WILLIAM WEST, LORRIN FREEMAN, BENJAMIN R. DAVID, KODY H. KINSLEY, MICHAUX R. KILPATRICK, MD, PHD, and RACQUEL INGRAM, PHD, RN, all in their official capacities<br><br>Defendants.<br><br>and<br><br>PHILIP E. BERGER and TIMOTHY K. MOORE<br><br>Intervenor-Defendants. | Case No. 1:23-cv-480<br><br>**NOTICE OF SPECIAL APPEARANCE OF ERICA STEINMILLER-PERDOMO** |

To the Clerk of the Court and all parties of record:

PLEASE TAKE NOTICE that attorney Erica Steinmiller-Perdomo has associated with W. Ellis Boyle, a member of the bar of this Court, and

1

appears in this case as counsel for Intervenor-Defendants Philip E. Berger, President Pro Tempore of the North Carolina Senate and Timothy K. Moore, Speaker of the North Carolina House of Representatives.

By entering this appearance, Attorney Steinmiller-Perdomo agrees to the provisions set forth in L.R. 83.1(d).

RESPECTFULLY SUBMITTED THIS 20th day of July, 2023.

*s/ Erica Steinmiller-Perdomo*
Erica Steinmiller-Perdomo (DC Bar No. 90009737)
ALLIANCE DEFENDING FREEDOM
440 First Street NW, Suite 600
Washington, DC 20001
(202) 393-8690
(202) 347-3622 (fax)
esteinmiller@ADFlegal.org

*s/ W. Ellis Boyle*
W. Ellis Boyle
N.C. State Bar I.D. No. 33826
email: docket@wardandsmith.com *
email: weboyle@wardandsmith.com **
WARD AND SMITH, P.A.
Post Office Box 7068
Wilmington, NC 28406-7068
Tel.: (910) 794-4800
Fax: (910) 794-4877

*Attorneys for Intervenor-Defendants*

* This email address must be used in order to effectuate service under Rule 5 of the North Carolina Rules of Civil Procedure.

** Email address to be used for all communications other than service.

**CERTIFICATE OF SERVICE**

  I hereby certify that on July 20, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

              *s/Erica Steinmiller-Perdomo*
              Erica Steinmiller-Perdomo