UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

| | |
|---|---|
| PLANNED PARENTHOOD SOUTH ATLANTIC; BEVERLY GRAY, M.D., on behalf of themselves and their patients seeking abortions,<br><br>Plaintiffs,<br><br>v.<br><br>JOSHUA H. STEIN, Attorney General of North Carolina, in his official capacity; et al.,<br><br>Defendants. | **Case No: 1:23-CV-480**<br><br>**PROPOSED ORDER** |

Defendants move the Court to reschedule the Preliminary Injunction Hearing from September 21, 2023, to September 25 or 26, 2023. Good cause therefore having been shown, the Motion is **GRANTED,** and it is hereby **ORDERED** that the Preliminary Injunction Hearing is calendared for _____.

_____
Catherine C. Eagles
United States District Judge

1