IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| PLANNED PARENTHOOD SOUTH ATLANTIC, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) |
| JOSHUA STEIN, *et al.*, | ) Case No. 1:23-cv-00480-CCE-LPA ) |
| Defendants, | ) ) ) |
| and | ) ) |
| PHILIP E. BERGER, *et al.*, | ) ) |
| Intervenor-Defendants. | ) |

### [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO SUBMIT A PROPOSED ORDER UPON COMPLETION OF BRIEFING ON THE AMENDED MOTION FOR A PRELIMINARY INJUNCTION

This matter comes before the Court on Plaintiffs' motion for leave to submit a proposed order granting their amended motion for a preliminary injunction, and specifically for leave to submit this order along with their supplemental briefing following discovery on that motion, to be filed no later than September 12, 2023. Upon consideration of Plaintiffs' motion, and for good cause shown, the Court hereby **GRANTS** the motion.

Accordingly, **IT IS ORDERED** that Plaintiffs' motion for leave to submit a proposed order upon completion of briefing on the amended motion for a preliminary injunction is **GRANTED**. Plaintiffs shall submit a proposed preliminary injunction order

with their supplemental briefing following discovery on that motion, no later than September 12, 2023.

This the ____ day of _____ , 2023.

                                                                                                        _____
                                                                                                           United States District Judge

Dated: July 24, 2023

Respectfully submitted,

| | |
|---|---|
| */s/ Hannah Swanson* | */s/ Kristi Graunke* |
| Hannah Swanson* | Kristi Graunke |
| Helene T. Krasnoff* | NC Bar # 51216 |
| Planned Parenthood Fed. of America | Jaclyn Maffetore |
| 1110 Vermont Avenue NW, Suite 300 | NC Bar # 50849 |
| Washington, DC 20005 | American Civil Liberties Union |
| Tel.: (202) 973-4800 | of North Carolina Legal Foundation |
| hannah.swanson@ppfa.org | P.O. Box 28004 |
| helene.krasnoff@ppfa.org | Raleigh, NC 27611 |
| | Tel.: (919) 354-5066 |
| Anjali Salvador* | kgraunke@acluofnc.org |
| Planned Parenthood Fed. of America | jmaffetore@acluofnc.org |
| 123 William Street, 9th Floor | |
| New York, NY 10038 | COUNSEL FOR ALL PLAINTIFFS |
| Tel.: (212) 541-7800 | |
| anjali.salvador@ppfa.org | *Special appearance filed |

COUNSEL FOR PLANNED
PARENTHOOD SOUTH ATLANTIC

Brigitte Amiri*
Lindsey Kaley*
Ryan Mendias*
American Civil Liberties Union
Foundation
125 Broad Street, 18th Fl.
New York, NY 10004
Tel: 212-549-2633
bamiri@aclu.org
lkaley@aclu.org
rmendias@aclu.org

COUNSEL FOR BEVERLY GRAY, M.D.

## CERTIFICATE OF SERVICE

I hereby certify that, on July 24, 2023, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which served notice of this electronic filing to all counsel of record.

*/s/ Hannah Swanson*
Hannah Swanson
Planned Parenthood Federation of America
1110 Vermont Avenue NW, Suite 300
Washington, DC 20005
Tel.: (202) 494-8764
hannah.swanson@ppfa.org