IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| PLANNED PARENTHOOD SOUTH ATLANTIC; BEVERLY GRAY, M.D., on behalf of themselves and their patients seeking abortions,<br><br>    Plaintiffs,<br><br>v.<br><br>JOSHUA H. STEIN, Attorney General of North Carolina, in his official capacity; et al.,<br><br>    Defendants. | 1:23-CV-480 |

## **ORDER**

    Defendant-Intervenors on behalf of all defendants move the Court to reschedule the Preliminary Injunction Hearing from September 21, 2023, to September 25 or 26, 2023. The court has a long-scheduled trial set for those days. It appears that counsel for the intervenors will be finished with his appellate responsibilities by September 21, and the fact that one of the defendants may have other obligations on September 21 does not require a continuance, as all the evidence will be presented in advance. The case will remain on the calendar for September 21.

    That said, the Court will direct the Clerk to also calendar this case for September 25, 2023, as a back-up to the already-scheduled trial. If the case scheduled for trial settles, the Court will cancel the September 21 hearing and the hearing will proceed on September 25, 2023.

The motion, Doc. 46, is **GRANTED** to the limited extent stated herein and is otherwise **DENIED**.

This the 24th day of July, 2023.

_____
UNITED STATES DISTRICT JUDGE