IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| PLANNED PARENTHOOD SOUTH ATLANTIC, *et al.*, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )<br>) |
| JOSHUA STEIN, *et al.*, | )    1:23-CV-480 |
| Defendants, | )<br>) |
| and | )<br>) |
| PHILIP E. BERGER, *et al.*, | )<br>) |
| Intervenor-Defendants. | |

## **ORDER**

The plaintiffs seek leave to submit a proposed order granting their amended motion for a preliminary injunction when they file their supplemental briefing. Upon consideration, the Court will grant the motion. In its discretion, the Court will also authorize the defendants and the intervenor-defendants to submit proposed orders, if they wish.

It is **ORDERED** that plaintiffs' motion, Doc. 50, is **GRANTED** and any party may file a proposed order resolving the motion for preliminary injunction as an attachment to their supplemental briefing on that motion due no later than September 12, 2023.

This the 27th day of July, 2023.

                                                                                    UNITED STATES DISTRICT JUDGE