# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
# DURHAM DIVISION

| | |
|---|---|
| PLANNED PARENTHOOD SOUTH ATLANTIC and BEVERLY GRAY, M.D., on behalf of themselves and their patients seeking abortions, <br><br> Plaintiffs, <br><br> v. <br><br> JOSHUA H. STEIN, Attorney General of North Carolina, in his official Capacity, *et al*. <br><br> Defendants. | No. 1:23-CV-480 |

## RESPONSE OF KODY H. KINSLEY, SECRETARY OF THE NORTH CAROLINA DEPARTMENT OF HEALTH AND HUMAN SERVICES TO PLAINTIFFS' AMENDED MOTION FOR PRELIMINARY INJUNCTION

NOW COMES defendant Kody H. Kinsley, M.P.P., in his official capacity as Secretary of the North Carolina Department of Health and Human Services ("DHHS"), by and through undersigned counsel, and pursuant to the Scheduling Order of July 6, 2023 (DE 37), hereby responds to the Amended Motion for Preliminary Injunction (DE 48) (filed July 24, 2023) as follows.

DHHS states that the IUP Documentation Requirement in N.C.G.S. 90-21.83B(a)(7) includes contradictions, uncertainties, and ambiguities that impact the ability for women to lawfully obtain an abortion and for providers to comply with these provisions of law. However, Secretary Kinsley does not take a position on the pending amended motion for a preliminary injunction.

Respectfully submitted, this 31st day of July, 2023.

/s/ Michael T. Wood
_____

Michael T. Wood
Special Deputy Attorney General
N.C. Bar No. 32427

N.C. Dept. of Justice
P.O. Box 629
Raleigh, NC 27602
Phone: 919-716-0186
Fax: 919-716-6758
Email: MWood@ncdoj.gov

*Attorney for Kody H. Kinsley, M.P.P. in his official capacity as Secretary of the North Carolina Department of Health and Human Services*

2