IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO. 1:23-cv-480

| | |
|---|---|
| PLANNED PARENTHOOD SOUTH ATLANTIC; BEVERLY GRAY, M.D, on behalf of themselves and their patients seeking abortions,<br><br>   Plaintiffs,<br>v.<br><br>JOSHUA H. STEIN, Attorney General of North Carolina; in his official capacity; TODD M. WILLIAMS, District Attorney ("DA") for Prosecutorial District ("PD") 40, in this official capacity; JIM O'NEILL, DA for PD 31, in this official capacity; SPENCER B. MERRIWEATHER III, DA for PD 26, in his official capacity; AVERY CRUMP, DA for PD 24, in her official capacity; JEFF NIEMAN, DA for PD 18, in his official capacity; SATANA DEBERRY, DA for PD 16, in her official capacity; WILLIAM WEST, DA for PD 14, in his official capacity; LORRIN FREEMAN, DA for PD 10, in her official capacity; BENJAMIN R. DAVID, DA for PD6, in his official capacity; KODY H. KINSLEY, M.P.P., Secretary of the North Carolina Department of Health and Human Services, in this official capacity; MICHAUX R. KILPATRICK, M.D., PhD., President of the North Carolina Medical Board, in her official capacity, on behalf of herself, the board and its Members; RACQUEL INGRAM, PhD., R.N., Chair of the North Carolina Board of Nursing, in her official capacity, on behalf of herself, the Board and its members; and their employees, agents, and successors,<br><br>   Defendants. | **STATE LICENSING BOARD DEFENDANTS' RESPONSE TO PLAINTIFFS' AMENDED MOTION FOR A PRELIMINARY INJUNCTION** |

Defendant Michaux R. Kilpatrick, M.D., in her official capacity as President of the North Carolina Medical Board, and Defendant Racquel Ingram, PhD., R.N., Chair of the North Carolina Board of Nursing, in her official capacity (collectively, "the Licensing Board Defendants"), by and through undersigned counsel, hereby respond to Plaintiffs' Amended Motion For A Preliminary Injunction [D.E. 48]. The Licensing Board Defendants take no position on Plaintiffs' Motion.

Respectfully submitted, this 31st day of July 2023.

JOSHUA H. STEIN
Attorney General

*/s/* Michael Bulleri
Michael Bulleri
Special Deputy Attorney General
N.C. State Bar No. 35196
E-mail: mbulleri@ncdoj.gov

N.C. Department of Justice
P.O. Box 629
Raleigh, NC 27602-0629
Telephone: (919) 716-6900
Facsimile: (919) 716-6761