# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

PLANNED PARENTHOOD SOUTH ATLANTIC; BEVERLY GRAY, M.D, on behalf of themselves and their patients,

        Plaintiffs,

v.

JOSHUA STEIN, Attorney General of North Carolina, in his official capacity; TODD M. WILLIAMS, District Attorney ("DA") for Prosecutorial District ("PD") 40, in his official capacity; JIM O'NEILL, DA for PD 31, in his official capacity; SPENCER B. MERRIWEATHER III, DA for PD 26, in his official capacity; AVERY CRUMP, DA for PD 24, in her official capacity; JEFF NIEMAN, DA for PD 18, in his official capacity; SATANA DEBERRY, DA for PD 16, in her official capacity; WILLIAM WEST, DA for PD 14, in his official capacity; LORRIN FREEMAN, DA for PD 10, in her official capacity; BENJAMIN R. DAVID, DA for PD 6, in his official capacity; KODY H. KINSLEY, M.P.P., Secretary of the North Carolina Department of Health and Human Services, in his official capacity; MICHAUX R. KILPATRICK, M.D., PhD., President of the North Carolina Medical Board, in her official capacity, on behalf of herself, the board and its Members; RACQUEL INGRAM, PhD., R.N., Chair of the North Carolina Board of Nursing, in her official capacity, on behalf of herself, the Board and its members; and their employees, agents, and successors,

        Defendants.

CIVIL ACTION

Case No. 1:23-cv-480

## NOTICE OF SPECIAL APPEARANCE OF KARA GRANDIN

Pursuant to Local Rule 83.1(d), the undersigned counsel hereby provides this Court with notice of the special appearance in the above-captioned civil action of Kara Grandin, and in support thereof, the undersigned counsel states as follows:

1. Kara Grandin is a licensed attorney in good standing of the bar of the state of New York (Registration # 5848957). She has also been admitted to the bars of the U.S. District Courts for the Southern District of New York and Eastern District of New York. She is Of Counsel in the Public Policy Litigation and Law department at Planned Parenthood Federation of America, 123 William Street, 9th Floor, New York, NY 10038, and may be reached at (212) 541-7800 and kara.grandin@ppfa.org.

2. Ms. Grandin agrees that she will be responsible for ensuring the presence of an attorney who is familiar with the case and has authority to control the litigation at all conferences, hearings, trials, and other proceedings, and that she submits to the disciplinary jurisdiction of the Court for any misconduct in connection with this litigation.

WHEREFORE, notice of the special appearance of Kara Grandin is hereby provided to this Court. The undersigned counsel asks that she be noted as counsel of record for Plaintiff Planned Parenthood South Atlantic in this proceeding.

RESPECTFULLY SUBMITTED this 17th day of August, 2023.

*/s/ Kristi Graunke*

Kristi Graunke
ACLU of North Carolina
P. O. Box 28004
Raleigh, NC  27611-8004
(919) 354-5066
kgraunke@acluofnc.org

COUNSEL FOR PLAINTIFFS

*/s/ Kara Grandin*

Kara Grandin
Planned Parenthood Fed. of America
*Of Counsel*
123 William Street, 9th Floor
New York, NY 10038
Tel.: (212) 541-7800
kara.grandin@ppfa.org

COUNSEL FOR PLANNED
PARENTHOOD SOUTH ATLANTIC

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of August, 2023, I electronically filed the foregoing NOTICE OF SPECIAL APPEARANCE with the clerk of court by using the CM/ECF system, which will send a notice of electronic filing.

*/s/ Kara Grandin*

Kara Grandin
Planned Parenthood Fed. of America
*Of Counsel*
123 William Street, 9th Floor
New York, NY 10038
Tel.: (212) 541-7800
kara.grandin@ppfa.org

COUNSEL FOR PLANNED
PARENTHOOD SOUTH ATLANTIC