# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF NORTH CAROLINA

Planned Parenthood South Atlantic, et al

        v.        Case Number: 1:23CV480

Joshua Stein, et al.

# NOTICE OF RESCHEDULING

**Take notice** that a proceeding in the case has been **rescheduled** as indicated below:

| | |
|---|---|
| **PLACE:** | L. Richardson Preyer Bldg. |
| | 324 W. Market St., Greensboro, NC |
| **COURTROOM NO.:** | 3 |
| **DATE AND TIME:** | *September 21, 2023 at 9:00 a.m. |
| **PROCEEDING:** | Hearing on Motion for Preliminary Injunction |

**\*If the hearing is not finished by Noon, there will be a lunch recess from Noon-2:30 pm as the Court has another obligation. Matter also scheduled for September 25, 2023 at 9:30 a.m. as a back-up to the already-scheduled trial. See order filed July 25, 2023 Doc. [51].**

John S. Brubaker, Clerk

By: /s/ Robin Winchester, Deputy Clerk

Date: August 24, 2023

TO:    ALL COUNSEL/PARTIES OF RECORD