IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| PLANNED PARENTHOOD SOUTH ATLANTIC, *et al.*, | ) ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) |
| JOSHUA STEIN, *et al.*, | ) Case No. 1:23-cv-00480-CCE-LPA ) |
| Defendants, | ) ) ) |
| and | ) ) |
| PHILIP E. BERGER, *et al.*, | ) ) |
| Intervenor-Defendants. | ) |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83.1(e), Attorney Kara Grandin respectfully requests the Clerk of the Court to withdraw her appearance as counsel for Plaintiff Planned Parenthood South Atlantic in this action because, as of September 7, 2023, Ms. Grandin will no longer work at Planned Parenthood Federation of America. Attorneys Helene Krasnoff, Hannah Swanson, and Anjali Salvador from Planned Parenthood Federation of America, and Kristi Graunke and Jaclyn Maffetore, counsel of record admitted to practice law in North Carolina, will remain counsel of record for Planned Parenthood South Atlantic in this proceeding. The undersigned counsel also certifies that this motion will be served on Plaintiff Planned Parenthood South Atlantic.

RESPECTFULLY SUBMITTED this 6th day of September, 2023.

*/s/ Kara Grandin*
Kara Grandin
Planned Parenthood Fed. of America
*Of Counsel*
123 William Street, 9th Floor
New York, NY 10038
Tel.: (212) 541-7800
kara.grandin@ppfa.org

# CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of September, 2023, I electronically filed the foregoing MOTION TO WITHDRAW with the clerk of court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record. I also certify that I will serve Plaintiff Planned Parenthood South Atlantic with this motion via email and by mail at the address below.

Planned Parenthood South Atlantic
100 South Boylan Ave.
Raleigh, NC 27603

*/s/ Kara Grandin*
Kara Grandin

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| PLANNED PARENTHOOD SOUTH ATLANTIC, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) |
| JOSHUA STEIN, *et al.*, | ) Case No. 1:23-cv-00480-CCE-LPA ) |
| Defendants, | ) ) |
| and | ) ) |
| PHILIP E. BERGER, *et al.*, | ) ) |
| Intervenor-Defendants. | ) |

### **[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**

This matter comes before the Court on the Motion to Withdraw as Counsel filed by Plaintiff Planned Parenthood South Atlantic's Attorney Kara Grandin. Attorney Grandin moves the Court to withdraw her appearance as counsel for Plaintiff Planned Parenthood South Atlantic because her employment with Planned Parenthood Federation of America is ending. Having considered the motion, and for good cause shown,

IT IS THEREFORE ORDERED that the motion to withdraw is GRANTED and that Attorney Kara Grandin is hereby withdrawn from representing Plaintiff Planned Parenthood South Atlantic. Remaining counsel of record for Plaintiff Planned Parenthood South Atlantic shall continue as counsel in this matter.

_____

The Honorable Catherine C. Eagles
United States District Judge

Dated: September ____, 2023