# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| PLANNED PARENTHOOD SOUTH ATLANTIC, *et al.*, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) **Case No. 1:23-cv-480** ) |
| JOSHUA STEIN, *et al.*, | ) **NOTICE OF SPECIAL** ) **APPEARANCE OF ERIK C.** |
| Defendants, | ) **BAPTIST** ) |
| and | ) ) |
| PHILIP E. BERGER and TIMOTHY K. MOORE, | ) ) ) |
| Intervenor-Defendants. | ) ) |

To the Clerk of the Court and all parties of record:

PLEASE TAKE NOTICE that attorney Erik C. Baptist has associated with W. Ellis Boyle, a member of the bar of this Court, and appears in this case as counsel for Intervenor-Defendants Philip E. Berger, President Pro Tempore of the North Carolina Senate and Timothy K. Moore, Speaker of the North Carolina House of Representatives.

By entering this appearance, Attorney Baptist agrees to the provisions set forth in L.R. 83.1(d).

1

RESPECTFULLY SUBMITTED THIS 11th day of September 2023.

*s/ Erik C. Baptist*
Erik C. Baptist***
D.C. Bar No. 490159
ALLIANCE DEFENDING FREEDOM
440 First Street NW, Suite 600
Washington, DC 20001
Tel.: (202) 393-8690
Fax: (202) 347-3622
ebaptist@adflegal.org

*s/ W. Ellis Boyle*
W. Ellis Boyle
N.C. State Bar I.D. No. 33826
email: docket@wardandsmith.com*
email: weboyle@wardandsmith.com **
WARD AND SMITH, P.A.
Post Office Box 7068
Wilmington, NC 28406-7068
Tel.: (910) 794-4800
Fax: (910) 794-4877

* This email address must be used in order to effectuate service under the Federal Rules of Civil Procedure

** Email address to be used for all communications other than service

*Attorneys for Intervenor-Defendants*

**\*\*\*** *Notice of Special Appearance Filed*

2

## CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*s/ Erik C. Baptist*
Erik C. Baptist

3