# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF NORTH CAROLINA

Planned Parenthood South Atlantic, et al.

           v.             Case Number: 1:23CV480

Joshua Stein, et al

# SECOND NOTICE OF RESCHEDULING

**Take notice** that a proceeding in the case has been **rescheduled** as indicated below:

            PLACE:       L. Richardson Preyer Bldg.
                                   324 W. Market St., Greensboro, NC
**COURTROOM NO.:**      **3**
 **DATE AND TIME:**     **\*September 25, 2023 at 9:30 a.m.**
      **PROCEEDING:**     **Hearing on Motion for Preliminary Injunction**

---

John S. Brubaker, Clerk

By: /s/ Robin Winchester, Deputy Clerk

Date:   September 12, 2023

TO:     ALL COUNSEL/PARTIES OF RECORD