# EXHIBIT 7

# Nathan Babcock (President Pro Tems Office)

| | |
|---|---|
| **From:** | Rob Lamme <roblamme@rlamme.com> |
| **Sent:** | Monday, June 12, 2023 04:06 PM |
| **To:** | Nathan Babcock (President Pro Tems Office) |
| **Subject:** | Re: medication abortion summary |

Thanks - that is helpful. I think we disagree about the penalties docs might face if they provide a medication abortion but cannot comply with the requirement regarding gestational age. The larger point of course is that the confusion in the bill will prevent a provider or a facility from providing a medication abortion after ten weeks, as they will not want to risk violating the 70 day requirement, or for those pregnancies that come under the bill's exception language.

--

116 North East Street, Raleigh, NC 27601
919.630.3375 919.883.9955 (fax)
www.roblammepolicy.com

On Mon, Jun 12, 2023 at 3:24 PM Nathan Babcock (President Pro Tems Office) <Nathan.Babcock@ncleg.gov> wrote:
Hey Rob. I'm not a lawyer, but I don't agree with how this is couched. Here are my thoughts:

1. There is seemingly contradictory language in SB20: elective medical abortions are prohibited after 12 weeks, however in the section of the bill listing the physician's responsibilities for medical abortions, one requirement is verifying the gestational age is no more than 10 weeks.
2. The intent is to prohibit elective medical abortions after 12 weeks — and that is what the bill states in the key section listing when abortion is legal and when it is not.
3. While there is no enforcement mechanism nor penalties for a physician administering a medical abortion in weeks 11 or 12, the confusion of having language requiring the physician to verify the gestational age as 10 weeks or less will, in practice, cause physicians to err on the side of caution and not offer medical abortions after 10 weeks.

Get Outlook for iOS

**From:** Rob Lamme <roblamme@rlamme.com>
**Sent:** Monday, June 12, 2023 2:58:37 PM
**To:** Nathan Babcock (President Pro Tems Office) <Nathan.Babcock@ncleg.gov>
**Subject:** medication abortion summary

Hey Nathan. I drafted this to summarize the issue. Does it read correctly to you?

1

Thanks -

Rob

--

116 North East Street, Raleigh, NC 27601
919.630.3375 919.883.9955 (fax)
www.roblammepolicy.com