# EXHIBIT 8

# Kimberly W. Overton

**From:** Paul Stam <paulstam@stamlawfirm.com>
**Sent:** Friday, June 30, 2023 9:09 PM
**To:** Neal Inman (Speaker Moore's Office); Brian Fork (President Pro Tem's Office); Joshua Yost (President Pro Tem's Office)
**Cc:** Reese, Pamela D.; John Thorp
**Subject:** RE: last issue before eagles can you get this to ellis boyle asap re 4-5 week pregnancies intrauterine?

Inclusion of pam reese was a mistake computer glitch she is a finance person in wake special proceedings   sorry pam  my computer is acting up

Paul Stam
Stam Law Firm, PLLC
P.O. Box 1600
Apex, NC  27502
Direct:  919-642-8971
Email:  paulstam@stamlawfirm.com

---

**From:** Paul Stam
**Sent:** Friday, June 30, 2023 9:07 PM
**To:** 'Neal.Inman@ncleg.net' <Neal.Inman@ncleg.net>; 'Brian Fork (President Pro Tem's Office)' <Brian.Fork@ncleg.net>; Yost <joshua.yost@ncleg.gov>
**Cc:** 'Reese, Pamela D.' <pamela.d.reese@nccourts.org>; 'John Thorp' <drjmthorp@gmail.com>
**Subject:** last issue before eagles can you get this to ellis boyle asap re 4-5 week pregnancies intrauterine?

Dr john thorp can help   He is the  expert in  NC   great testimony in 20 week case -- used to be head of women's primary care at  unc ch med school  300 publications

Paul Stam
Stam Law Firm, PLLC
P.O. Box 1600
Apex, NC  27502
Direct:  919-642-8971
Email:  paulstam@stamlawfirm.com

---

**From:** John Thorp
**Sent:** Friday, June 30, 2023 8:23 PM
**To:** Paul Stam <paulstam@stamlawfirm.com>
**Subject:** Re: NC Pro-Life Law Survives Restraining Order, Goes into Effect Tomorrow!

They are saying that with very early pregnancy(between 4 and 5 weeks from LMP) that gestational sac my not be visible on ultrasound and thus intrauterine pregnancy cannot be documented. I think the requirement for documentation was put in the law with the intent to prevent harm from an ectopic pregnancy(outside the uterus) and my guess is Judge did not understand that someone can have an ectopic between 4 and 5 weeks and giving them abortion medicine could mislead them and their clinician about the existence of an ectopic pregnancy and harm the woman. I think this needs to get properly described and the law will stand.

On another note-I have an OBG friend in Wilson, North Carolina, who IS on the American pro-life obstetrician board and concerned about the table and the informed consent document. I told her about our struggles with the original informed consent and she wondered if we could get together on a teleconference so that she could learn how to suggest changes. Would you be amenable to such if I set it up?

Sent from my iPhone

> On Jun 30, 2023, at 7:31 PM, Paul Stam <paulstam@stamlawfirm.com> wrote:
>
> John  third  paragraph  down.     Is that  something  you  can  shed  light on   skip
>
> Paul Stam
> Stam Law Firm, PLLC
> P.O. Box 1600
> Apex, NC  27502
> Direct:  919-642-8971
> Email:  paulstam@stamlawfirm.com
>
> ---
>
> **From:** NC Family
> **Sent:** Friday, June 30, 2023 3:55 PM
> **To:** Paul Stam <paulstam@stamlawfirm.com>
> **Subject:** NC Pro-Life Law Survives Restraining Order, Goes into Effect Tomorrow!
>
> 
>
> ## NC Pro-Life Law Survives Restraining Order, Goes into Effect To
>
> June 30, 2023
>
> By NC Family Staff
>
> The majority of a landmark pro-life law passed by the North Carolina General Assembly last month will go into effect on July 1, surviving a legal attempt by Planned Parenthood and other abortion activists to block it. As NC Family has covered in previous reports, Planned Parenthood and abortion activists challenged several provisions of SB 20—Care for Women, Children, and Families Act claiming they were unconstitutional. Judge Catherine Eagles, the federal district court judge in the case, heard arguments on Wednesday.
>
> A significant part of the debate was whether modifications to SB 20 passed by the General Assembly this week would effectively address the issues raised by Planned Parenthood and the other plaintiffs in the case. Those amendments, signed into law by Governor Cooper on Thursday as part of House Bill 190,



2

Case 1:23-cv-00480-CCE-LPA   Document 74-8   Filed 09/12/23   Page 3 of 4

appear to have addressed all but one of the issues before the court, according to Judge Eagles' ruling block a portion of the law that requires an abortionist to document in the patient's record the existen pregnancy.

Speaker of the NC House Tim Moore and President Pro Tempore of the NC Senate Phil Berger have i defend SB 20, since NC Attorney General Josh Stein refused to defend the law.

This judicial order is temporary, lasting for only 14 days, after which Judge Eagles will hear more arg attorneys.

NC Family will continue to monitor updates surrounding this case.

Was this email forwarded to you by a friend? Subscribe now to receive NC Family email updates de

<image002.png>



P.O. Box 20607
Raleigh, NC 27619

UNSUBSCRIBE

Powered by


3

Case 1:23-cv-00480-CCE-LPA   Document 74-8   Filed 09/12/23   Page 4 of 4