# EXHIBIT 9

| Date: | Thu, 23 Mar 2023 2:08:26 PM (UTC) |
|---|---|
| Sent: | Thu, 23 Mar 2023 2:08:02 PM (UTC) |
| Subject: | The List |
| From: | Tami Fitzgerald <tfitzgerald@ncvalues.org> |
| To: | Neal Inman (Speaker Moore's Office) <Neal.Inman@ncleg.gov>; Demi Dowdy (Dir. of Communications, Speaker Moore's Office) <Demi.Dowdy@ncleg.gov>; |
| CC: | Mary Summa <mary@ncvalues.org>; Sebastian King <sebastiankingnc@gmail.com>; |
| Attachments: | Requirements for Pro-Life Bill.docx; Care for Women & Babies Act-final draft 1132023.pdf; Care for Women & Babies-Index-final draft[50].pdf |

Neal and Demi,

I wanted to share with you the list of things we would like to see in the pro-life bill, as well as other bills we would like to see pass. The list is attached. I've also attached the Care for Women and Babies Act which we wrote and gave to you in February, for easy reference to the sections in the list. I've copied Mary and Sebastian on this email in case you need to talk to us.

Thank you so much!

Tami

**Tami L. Fitzgerald**
Executive Director | (919) 349-3655 | tfitzgerald@ncvalues.org

