# EXHIBIT 10

**Requirements for the Pro-Life bill** (besides the gestational age restriction)

**Selections are ranked in order of importance.**

*All references are to the bill submitted to House and Senate leadership by the Pro-life coalition made up of NC Values Coalition, NC Family Policy Council, NC Right to Life, NC Faith & Freedom Coalition, Christian Action League, and Human Coalition

1. Protecting Women Who Choose Abortions—restrictions on chemical abortion, informed consent reforms for surgical and chemical abortion; adding criminal penalties for violations of the abortion and informed consent statutes; expanding civil remedies for both. (Page 7, Part II, Sec. 5 through top of Page 23)

2. Prohibit direct mail/advertising for do-it-yourself abortions using abortion pills. (Page 23, Part II, Sec. 6 through

3. Require reporting to law enforcement for rape/incest exception for minors and law enforcement/DHHS for adults. (Page 30, Part II, Sec. 10, (c) through end of page 30)

4. No fetal anomaly exception. If the bill cannot pass without an exception for fetal anomaly, it shall be narrowly drawn as follows:

   ***Exception on Fetal Anomaly***
   *…except in the case of an unborn child who has anomalies defined as fatal by current medical evidence and that are uniformly diagnosable, but only under the following conditions:*
   a. *The qualified physician who proposes to perform the abortion explains in writing and orally to the woman the basis upon which this diagnosis is made;*
   b. *The diagnosis has been confirmed in writing and orally to the woman by a second qualified physician who has personally examined the woman and her medical records, and the second qualified physician is not affiliated with the qualified physician by a common employer or practice;*
   c. *If the abortion is to be performed after 12 weeks of gestation, the unborn child shall be anesthetized sufficiently to experience no pain during the abortion; and*
   d. *For statistical purposes, the medical records shall be promptly delivered to the Center for Health Statistics. These records are not a public record.*

5. Hospital admitting privileges and abortion clinic regulations requiring compliance with report back to the GA on an annual basis.

6. Provide funding for Pregnancy Care Centers (funding for LifeLink Carolina dba Carolina Pregnancy Care Fellowship equal to Human Coalition funding),

Specific Adoption Agencies (Christian Adoption Services, Amazing Grace, Lifeline Children's Services), Maternity Home Fund (Page 1, Part II, Sec. 2)

7. Expressed intention to take up a Heartbeat bill and pass it in 2 years, provided we have a Republican Governor **or** veto-proof majorities in the General Assembly.

8. Advance and have a vote on:
    a) Parents Bill of Rights—SB 49
    b) Save Women's Sports
    c) Youth Health Protection Act prohibiting medical transitioning for minors
    d) Medical Ethics Defense Act
    e) Drag Queen Bill
    f) Universal ESA—HB 420

9. Raising Awareness, Reducing the Cost and Increasing Efficiency of Adoption. (Page 24, Part II, Sec. 8 through bottom of Page 26)

10. Protecting Babies Who are Diagnosed with NAS or FAS with reporting requirements, designation as child abuse to trigger emergency custody order and termination of parental rights. (Page 33, Part II, Sec. 11 through top of page 34)

11. Protecting Mothers Who Relinquish Their Babies—extending the period for Safe Surrender laws from 7 days to 30 days. (Page 7, Part II, Sec. 4)

12. Conscience Clause for Private Adoption and Foster Care Agencies. (Page 27, Sec. II, Section 9 through top of Page 28)