# EXHIBIT 12

| Post 12-week Complications Resulting in Hospital Transfer for 1/1/2020-6/30/2023 | | | | |
|---|---|---|---|---|
| Complication | Weeks LMP | Health Center | Year | Hospital Status |
| Bleeding/Hemmorhage | 14 | Chapel Hill Health Center | 2020 | Treated & released in stable condition |
| Incomplete AB | 13 | Winston-Salem Health Center | 2020 | Treated & released in stable condition |
| Bleeding/Hemmorhage | 21 | Chapel Hill Health Center | 2020 | Admitted for treatment & released in stable condition |
| Incomplete AB | 14 | Chapel Hill Health Center | 2020 | Treated & released in stable condition |
| Incomplete AB | 13 | Winston-Salem Health Center | 2020 | Treated & released in stable condition |
| Bleeding/Hemmorhage | 15 | Chapel Hill Health Center | 2021 | Treated & released in stable condition |
| Incomplete AB | 12 | Asheville Health Center | 2021 | Treated & released in stable condition |
| Bleeding/Hemmorhage | 15 | Chapel Hill Health Center | 2022 | Admitted for treatment & released in stable condition |
| Bleeding/Hemmorhage | 17 | Chapel Hill Health Center | 2022 | Treated & released in stable condition |
| Bleeding/Hemmorhage | 19 | Chapel Hill Health Center | 2022 | Treated & released in stable condition |
| Incomplete AB | 19 | Chapel Hill Health Center | 2022 | Treated & released in stable condition |
| Bleeding/Hemmorhage | 14 | Asheville Health Center | 2022 | Treated & released in stable condition |

| Post 12-week Complications Resulting in Hospital Transfer for 1/1/2020-6/30/2023 ||||| 
| Complication | Weeks LMP | Health Center | Year | Hospital Status |
| --- | --- | --- | --- | --- |
| Bleeding/Hemmorhage | 17 | Chapel Hill Health Center | 2023 | Treated & released in stable condition |
| Bleeding/Hemmorhage | 17 | Chapel Hill Health Center | 2023 | Treated & released in stable condition |
| Bleeding/Hemmorhage | 19 | Chapel Hill Health Center | 2023 | Treated & released in stable condition |
| Bleeding/Hemmorhage | 17 | Chapel Hill Health Center | 2023 | Admitted for treatment & released in stable condition |
| Syncope | 19 | Chapel Hill Health Center | 2023 | Treated & released in stable condition |

Bates 0052