# EXHIBIT 13

| Complications from 01/2020 - 06/2023* ||
| Type of Complication | Count |
| --- | --- |
| Allergic Reaction | 1 |
| Hemorrhage | 24 |
| Incomplete AB/Retained POCs/Debris | 183 |
| Laceration | 1 |
| Medication Error | 2 |
| Minor Infection | 9 |
| Ongoing/Unintended Pregnancy | 180 |
| Other Injury (incl. nausea, dizziness, etc) | 16 |
| Pain/Bleeding | 91 |
| Perforation | 3 |
| Seizures/Vaso-vagal Reaction | 5 |
| Serious Infection | 5 |
| Spontaneous Abortion | 2 |
| **TOTAL** | **522**\*\* |

\*Chart represents total number of complications, not total number of patients with complications. Some patients may have had more than one complication.
\*\* Of these, 31 required transfer to a hospital.

Bates 0106