# EXHIBIT 14

| Pre 12-week Complications Resulting in Hospital Transfer for 1/1/2020-6/30/2023 | | | | | |
|---|---|---|---|---|---|
| Complication | Weeks LMP | Type of AB | Health Center | Year | Hospital Status |
| Incomplete AB | 6 | Medication | Asheville Health Center | 2020 | Treated & released in stable condition |
| Incomplete AB | 9 | Medication | Winston-Salem Health Center | 2020 | Admitted for treatment & released in stable condition |
| Seizure | 10 | Procedural | Chapel Hill Health Center | 2020 | Treated & released in stable condition |
| Bleeding/Hemmorhage | 11 | Procedural | Winston-Salem Health Center | 2020 | Treated & released in stable condition |
| Incomplete AB | 9 | Medication | Winston-Salem Health Center | 2021 | Treated & released in stable condition |
| Seizure | 8 | Medication | Wilmington Health Center | 2021 | Treated & released in stable condition |
| Perforation | 7 | Procedural | Chapel Hill Health Center | 2021 | Treated & released in stable condition |
| Bleeding/Hemmorhage | 9 | Procedural | Fayetteville Health Center | 2021 | Treated & released in stable condition |
| Perforation | 8 | Procedural | Chapel Hill Health Center | 2021 | Admitted for treatment & released in stable condition |
| Bleeding/Hemmorhage | 6 | Procedural | Chapel Hill Health Center | 2021 | Admitted for treatment & released in stable condition |
| Bleeding/Hemmorhage | 11 | Procedural | Winston-Salem Health Center | 2021 | Treated & released in stable condition |
| Bleeding/Hemmorhage | 8 | Procedural | Chapel Hill Health Center | 2022 | Treated & released in stable condition |
| Incomplete AB | 10 | Medication | Chapel Hill Health Center | 2022 | Admitted for treatment & released in stable condition |
| Incomplete AB | 10 | Medication | Wilmington Health Center | 2023 | Treated & released in stable condition |