# EXHIBIT 15

**Planned Parenthood** — Planned Parenthood South Atlantic

☐ *Asheville*  ☐ *Chapel Hill*  ☐ *Charleston*  ☐ *Charlotte*  ☐ *Charlottesville*
☐ *Columbia*  ☐ *Durham*  ☐ *Fayetteville*  ☐ *Greensboro*  ☐ *Raleigh*
☐ *Roanoke*  ☐ *Vienna*  ☐ *Wilmington*  ☐ *Winston-Salem*

You have had a positive urine pregnancy test and we have done an ultrasound to find out how many weeks pregnant you are. The pregnancy was not seen inside your uterus.

**Why couldn't the doctor or nurse see the pregnancy?**
- You could have a very early pregnancy that is too early to see with our ultrasound. This is the most common reason (75-80% of the time).
- You could be pregnant but may be having a miscarriage. This happens in about 10-20% of pregnancies.
- You could have an ectopic pregnancy, where the pregnancy is outside of the uterus (usually in the tube). This happens in 1-2% of pregnancies. The tube can burst when it is stretched too much by the growing pregnancy. This can cause bleeding, which very rarely can lead to death.
- The pregnancy test could be wrong, and you are not pregnant. This is rare and happens less than 1% of the time.

**What happens next?**

**Will I need more tests?**
More tests may be needed to find out why the pregnancy cannot be seen. These tests are important because an ectopic pregnancy can be life threatening, so we want to find out if that could be happening. More tests may include
- two blood tests 48-72 hours apart.
- returning to the clinic for a repeat ultrasound.
- a different type of ultrasound done outside of Planned Parenthood to get more information about your pregnancy.
- seeing a doctor outside of Planned Parenthood for more tests and/or treatment.

**Is abortion an option at this time?**
Yes. Even though no pregnancy was seen on ultrasound, it is still an option to use the abortion pill or have in an in-clinic abortion. The follow-up tests you may need will depend on what type of abortion you have.

**Call us right away if you have**
- pain in your lower belly, especially if sudden and severe or on one side.
- shoulder pain.
- weakness, dizziness or fainting.
- bleeding from the vagina.
- low back pain.

PES-046
Rev: 03/2023 (PPSAT)    1    Proprietary property of Planned Parenthood.    Bates 0119

Case 1:23-cv-00480-CCE-LPA   Document 74-15   Filed 09/12/23   Page 2 of 3



☐ **Asheville** ☐ **Chapel Hill** ☐ **Charleston** ☐ **Charlotte** ☐ **Charlottesville**
☐ **Columbia** ☐ **Durham** ☐ **Fayetteville** ☐ **Greensboro** ☐ **Raleigh**
☐ **Roanoke** ☐ **Vienna** ☐ **Wilmington** ☐ **Winston-Salem**

**What is an ectopic pregnancy?**
An ectopic pregnancy is a pregnancy outside of the uterus (usually in the tube). The tube can burst when it is stretched too much by the growing pregnancy. This can cause bleeding, which very rarely can lead to death.

A pregnancy will not survive if it's ectopic.

**What causes an ectopic pregnancy?**
We do not always know the cause, but it is more common in people who
- have scarring of the tubes from infection or surgery.
- have had an ectopic pregnancy in the past.
- become pregnant while using an intrauterine contraceptive device (IUD).

It may also be more likely if you
- are 35 years or older.
- smoke cigarettes.
- have a history of infertility or use fertility treatments.

**What are the symptoms of ectopic pregnancy?**
Early on, an ectopic pregnancy can have the symptoms of normal pregnancy, like a missed period, nausea, and breast tenderness. There can also be other early symptoms such as
- bleeding from the vagina (may be heavy or light).
- lower belly pain, especially on one side.
- low back pain.

More serious symptoms may include
- sudden, severe belly pain that does not go away.
- shoulder pain.
- dizziness or fainting.

**How do I know if I have an ectopic pregnancy?**
Getting checked by a doctor or nurse is the only way to know for sure if you have an ectopic pregnancy. They may do a pelvic exam, blood tests, and/or an ultrasound to find out.

**How is ectopic pregnancy treated?**
Sometimes medication can be given to try to end the pregnancy. Other times, surgery will be needed.

**Call us right away if you have**
- pain in your lower belly, especially if sudden and severe or on one side
- shoulder pain
- weakness, dizziness or fainting
- bleeding from the vagina
- low back pain

PES-045    1    Bates 0120
Rev: 03/2023 (PPSAT)    Proprietary property of Planned Parenthood.

Case 1:23-cv-00480-CCE-LPA Document 74-15 Filed 09/12/23 Page 3 of 3