# Exhibit 4

# Surgery

## Definition of Surgery H-475.983

| Topic: Surgery | Policy Subtopic: NA |
|---|---|
| Meeting Type: Annual | Year Last Modified: 2023 |
| Action: Reaffirmed | Type: Health Policies |
| Council & Committees: Council on Constitution and Bylaws,Council on Long Range Planning and Development | undefined |

Our AMA adopts the following definition of '**surgery**' from American College of Surgeons Statement ST-11:

**Surgery** is performed for the purpose of structurally altering the human body by the incision or destruction of tissues and is part of the practice of medicine. **Surgery** also is the diagnostic or therapeutic treatment of conditions or disease processes by any instruments causing localized alteration or transposition of live human tissue which include lasers, ultrasound, ionizing radiation, scalpels, probes, and needles. The tissue can be cut, burned, vaporized, frozen, sutured, probed, or manipulated by closed reductions for major dislocations or fractures, or otherwise altered by mechanical, thermal, light-based, electromagnetic, or chemical means. Injection of diagnostic or therapeutic substances into body cavities, internal organs, joints, sensory organs, and the central nervous system also is considered to be **surgery** (this does not include the administration by nursing personnel of some injections, subcutaneous, intramuscular, and intravenous, when ordered by a physician). All of these surgical procedures are invasive, including those that are performed with lasers, and the risks of any surgical procedure are not eliminated by using a light knife or laser in place of a metal knife, or scalpel.
Patient safety and quality of care are paramount and, therefore, patients should be assured that individuals who perform these types of **surgery** are licensed physicians (defined as doctors of medicine or osteopathy) who meet appropriate professional standards.

**Policy Timeline**

Res. 212 A-07 Reaffirmed: BOT Rep. 16, A-13 Reaffirmed: CCB/CLRPD Rep. 01, A-23