# Exhibit 6

| | | Procedural Abortion Volume by Gestational Age | | | | | |
|---|---|---|---|---|---|---|---|
| | | Asheville | Chapel Hill | Charlotte | Fayetteville | Wilmington | Winston-Salem |
| 01/20-12/20 | Under 5 weeks | 1 | 0 | 0 | 3 | 1 | 0 |
| | 5 weeks | 14 | 33 | 9 | 22 | 3 | 17 |
| | 6 weeks | 51 | 112 | 68 | 91 | 29 | 64 |
| | 7 weeks | 55 | 155 | 73 | 97 | 37 | 51 |
| | 8 weeks | 53 | 114 | 69 | 84 | 45 | 54 |
| | 9 weeks | 32 | 93 | 45 | 72 | 30 | 48 |
| | 10 weeks | 34 | 80 | 35 | 80 | 36 | 38 |
| | 11 weeks | 38 | 98 | 51 | 93 | 35 | 52 |
| | 12 weeks | 29 | 70 | 42 | 67 | 25 | 43 |
| | 13 weeks | 30 | 62 | 30 | 54 | 21 | 40 |
| | 14 weeks | 1 | 82 | 18 | 42 | 0 | 14 |
| | 15 weeks | 0 | 46 | 0 | 0 | 0 | 0 |
| | 16 weeks | 0 | 51 | 0 | 0 | 0 | 0 |
| | 17 weeks | 0 | 64 | 0 | 0 | 0 | 0 |
| | 18 weeks | 0 | 51 | 0 | 0 | 0 | 0 |
| | 19 weeks | 0 | 36 | 0 | 0 | 0 | 0 |
| | 20 weeks | 0 | 38 | 0 | 0 | 0 | 0 |
| | 21 weeks | 0 | 17 | 0 | 0 | 0 | 0 |
| | Under 5 weeks | 0 | 0 | 0 | 2 | 0 | 0 |
| | 5 weeks | 15 | 40 | 7 | 14 | 2 | 19 |
| | 6 weeks | 50 | 136 | 64 | 78 | 18 | 66 |
| | 7 weeks | 46 | 115 | 77 | 57 | 29 | 71 |
| | 8 weeks | 61 | 85 | 53 | 92 | 49 | 79 |
| | 9 weeks | 44 | 70 | 49 | 70 | 32 | 61 |
| | 10 weeks | 27 | 55 | 36 | 45 | 37 | 45 |
| | 11 weeks | 43 | 107 | 59 | 91 | 52 | 71 |
| | 12 weeks | 36 | 97 | 57 | 75 | 33 | 68 |
| | 13 weeks | 24 | 65 | 34 | 41 | 31 | 41 |
| | 14 weeks | 0 | 92 | 13 | 38 | 0 | 16 |
| | 15 weeks | 0 | 75 | 0 | 0 | 0 | 1 |

Bates 0004

| | | Procedural Abortion Volume by Gestational Age | | | | | |
|---|---|---|---|---|---|---|---|
| | | Asheville | Chapel Hill | Charlotte | Fayetteville | Wilmington | Winston-Salem |
| 01/21-12/21 | 16 weeks | 0 | 72 | 0 | 0 | 0 | 0 |
| | 17 weeks | 0 | 96 | 0 | 0 | 0 | 0 |
| | 18 weeks | 0 | 57 | 0 | 0 | 0 | 0 |
| | 19 weeks | 0 | 56 | 0 | 0 | 0 | 0 |
| | 20 weeks | 0 | 37 | 0 | 0 | 0 | 0 |
| | 21 weeks | 0 | 28 | 0 | 0 | 0 | 0 |
| 01/22-12/22 | Under 5 weeks | 1 | 2 | 0 | 3 | 0 | 0 |
| | 5 weeks | 10 | 59 | 7 | 38 | 4 | 28 |
| | 6 weeks | 42 | 179 | 57 | 104 | 35 | 85 |
| | 7 weeks | 58 | 144 | 88 | 112 | 61 | 89 |
| | 8 weeks | 93 | 122 | 86 | 100 | 51 | 102 |
| | 9 weeks | 82 | 128 | 86 | 88 | 49 | 78 |
| | 10 weeks | 52 | 88 | 68 | 47 | 35 | 43 |
| | 11 weeks | 111 | 143 | 89 | 128 | 65 | 102 |
| | 12 weeks | 87 | 97 | 108 | 105 | 51 | 68 |
| | 13 weeks | 66 | 110 | 68 | 58 | 35 | 43 |
| | 14 weeks | 25 | 135 | 25 | 39 | 1 | 23 |
| | 15 weeks | 4 | 108 | 0 | 0 | 0 | 0 |
| | 16 weeks | 2 | 117 | 0 | 0 | 0 | 0 |
| | 17 weeks | 1 | 116 | 0 | 0 | 0 | 0 |
| | 18 weeks | 0 | 94 | 0 | 0 | 0 | 0 |
| | 19 weeks | 0 | 86 | 0 | 0 | 0 | 0 |
| | 20 weeks | 0 | 26 | 0 | 0 | 0 | 0 |
| | 21 weeks | 0 | 21 | 0 | 0 | 0 | 0 |
| | Under 5 weeks | 0 | 0 | 0 | 0 | 0 | 0 |
| | 5 weeks | 5 | 12 | 5 | 11 | 2 | 6 |
| | 6 weeks | 19 | 54 | 17 | 45 | 11 | 21 |
| | 7 weeks | 37 | 58 | 34 | 67 | 28 | 38 |
| | 8 weeks | 59 | 63 | 51 | 51 | 29 | 51 |

Bates 0005

| | | Procedural Abortion Volume by Gestational Age | | | | | |
|---|---|---|---|---|---|---|---|
| | | Asheville | Chapel Hill | Charlotte | Fayetteville | Wilmington | Winston-Salem |
| | 9 weeks | 58 | 82 | 58 | 65 | 34 | 41 |
| | 10 weeks | 49 | 59 | 41 | 43 | 23 | 37 |
| | 11 weeks | 95 | 78 | 57 | 96 | 43 | 69 |
| | 12 weeks | 73 | 60 | 63 | 85 | 40 | 52 |
| | 13 weeks | 77 | 65 | 50 | 45 | 22 | 37 |
| | 14 weeks | 32 | 114 | 14 | 39 | 3 | 12 |
| | 15 weeks | 17 | 74 | 0 | 0 | 0 | 0 |
| | 16 weeks | 6 | 79 | 0 | 0 | 0 | 0 |
| | 17 weeks | 7 | 92 | 0 | 0 | 0 | 0 |
| | 18 weeks | 2 | 99 | 0 | 0 | 0 | 0 |
| 01/23-06/23 | 19 weeks | 0 | 69 | 0 | 0 | 0 | 0 |

Bates 0006