# Exhibit 7

| | | Medication Abortion Volume by Gestational Age | | | | | |
|---|---|---|---|---|---|---|---|
| | | Asheville | Chapel Hill | Charlotte | Fayetteville | Wilmington | Winston-Salem |
| 01/2020-12/202 | Under 5 weeks | 1 | 0 | 0 | 3 | 1 | 6 |
| | 5 weeks | 43 | 98 | 57 | 109 | 20 | 126 |
| | 6 weeks | 117 | 298 | 213 | 362 | 72 | 308 |
| | 7 weeks | 140 | 270 | 219 | 332 | 110 | 232 |
| | 8 weeks | 98 | 235 | 171 | 252 | 122 | 179 |
| | 9 weeks | 54 | 143 | 75 | 161 | 68 | 107 |
| | 10 weeks | 31 | 70 | 43 | 69 | 36 | 52 |
| | 11 weeks | 2 | 7 | 2 | 14 | 4 | 7 |
| 01/21-12/21 | Under 5 weeks | 3 | 0 | 1 | 1 | 0 | 3 |
| | 5 weeks | 39 | 163 | 48 | 71 | 15 | 69 |
| | 6 weeks | 120 | 428 | 270 | 334 | 75 | 256 |
| | 7 weeks | 133 | 345 | 279 | 334 | 129 | 233 |
| | 8 weeks | 130 | 263 | 215 | 311 | 133 | 208 |
| | 9 weeks | 87 | 167 | 132 | 199 | 102 | 156 |
| | 10 weeks | 50 | 106 | 72 | 146 | 64 | 80 |
| | 11 weeks | 3 | 14 | 2 | 23 | 3 | 15 |
| 01/22-12/22 | Under 5 weeks | 2 | 0 | 2 | 10 | 2 | 0 |
| | 5 weeks | 61 | 181 | 66 | 180 | 37 | 70 |
| | 6 weeks | 208 | 465 | 290 | 441 | 162 | 244 |
| | 7 weeks | 237 | 384 | 355 | 407 | 156 | 240 |
| | 8 weeks | 242 | 329 | 293 | 398 | 136 | 242 |
| | 9 weeks | 187 | 243 | 230 | 221 | 101 | 166 |
| | 10 weeks | 112 | 155 | 130 | 157 | 77 | 88 |
| | 11 weeks | 14 | 25 | 12 | 22 | 1 | 7 |
| | Under 5 weeks | 3 | 0 | 0 | 3 | 0 | 0 |
| | 5 weeks | 97 | 29 | 27 | 52 | 11 | 25 |
| | 6 weeks | 210 | 139 | 121 | 189 | 74 | 106 |
| | 7 weeks | 227 | 176 | 179 | 260 | 93 | 119 |
| | 8 weeks | 257 | 173 | 216 | 218 | 125 | 125 |
| | 9 weeks | 204 | 151 | 179 | 172 | 80 | 101 |

Bates 0002

Case 1:23-cv-00480-CCE-LPA   Document 75-7   Filed 09/12/23   Page 2 of 3

| | | Medication Abortion Volume by Gestational Age | | | | | |
|---|---|---|---|---|---|---|---|
| | | Asheville | Chapel Hill | Charlotte | Fayetteville | Wilmington | Winston-Salem |
| 01/23-06/23 | 10 weeks | 112 | 67 | 90 | 86 | 63 | 52 |
| | 11 weeks | 11 | 8 | 11 | 13 | 1 | 6 |

Bates 0003