**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**

| | | |
|---|---|---|
| PLANNED PARENTHOOD SOUTH ATLANTIC, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| JOSHUA STEIN, *et al.*, | ) | Case No. 1:23-cv-00480-CCE-LPA |
| Defendants, | ) ) ) | |
| and | ) ) | |
| PHILIP E. BERGER, *et al.*, | ) ) | |
| Intervenor-Defendants. | ) | |

## LOCAL RULE 5.5 REPORT FOR THE FILING OF SEALED DOCUMENTS

1.      Conference: The parties have discussed the issues of confidentiality raised in this case and the potential need for filing documents under seal. That discussion included the nature of any confidential documents that may be involved in the case, the possibility of using stipulations to avoid the need to file certain documents, and the possibility of agreed-upon redactions of immaterial confidential information in filings to avoid the need for filing documents under seal.

2.      Default: The parties certify that, assuming all parties agree to abide by the joint protective agreement described below, few, if any, documents will be filed under seal. The parties agree to use the default procedures of LR 5.4(c). In addition, if the party filing the motion to seal is not the party claiming confidentiality, the filing party must meet and

confer with the party claiming confidentiality as soon as practicable, but at least two (2) days before filing the documents, to discuss narrowing the claim of confidentiality. The motion to seal must certify that the required conference has occurred, and the party claiming confidentiality must file supporting materials required by LR 5.4(c)(3) within 14 days of the motion to seal.

  3. Other relevant information: Because written discovery during the expedited discovery period involved the disclosure of confidential and proprietary materials, the parties have entered into a joint protective agreement governing the confidentiality of certain documents exchanged during discovery.

Date: September 15, 2023

Respectfully submitted,

FOR ALL PLAINTIFFS:

/s/ Kristi Graunke
Kristi Graunke
N.C. State Bar 51216
kgraunke@acluofnc.org

American Civil Liberties Union
of North Carolina Legal Foundation
P.O. Box 28004
Raleigh, NC 27611
Phone: 919-834-3466
Fax: 919-869-2075

FOR DEFENDANT DISTRICT
ATTORNEY JIM O'NEILL:

_____
N.C. State Bar 25760
kwilliams@belldavispitt.com

Bell Davis & Pitt, P.A.
P.O. Box. 21029
Winston-Salem, NC 27120-1029
Phone: 336-714-4150
Fax: 336-722-8153

FOR DEFENDANT ATTORNEY
GENERAL JOSHUA H. STEIN:

/s/ Sripriya Narasimhan
Sripriya Narasimhan
Deputy General Counsel
N.C. State Bar 57032
snarasimhan@ncdoj.gov

Attorney General Josh Stein
114 W Edenton Street
Raleigh, NC 27603
Tel: (919) 716-6421

FOR DEFENDANT SECRETARY
KODY H. KINSLEY:

/s/ Michael T. Wood
N.C. State Bar 32427
mwood@ncdoj.gov

North Carolina Dept. of Justice
P.O. Box 629
Raleigh, NC 27602
Phone: 919-716-6900
Fax: 919-716-6758

3

FOR DEFENDANTS DISTRICT
ATTORNEY TODD M. WILLIAMS,
ET AL.:

/s/ Elizabeth Curran O'Brien
N.C. State Bar 28885
eobrien@ncdoj.gov

North Carolina Dept. of Justice
P.O. Box 629
Raleigh, NC 27602
Phone: 919-716-6900
Fax: 919-716-6758

FOR DEFENDANTS MICHAUX R.
KILPATRICK, MD, PHD and
RACQUEL
INGRAM, PHD, RN:

/s/ Michael E. Bulleri
N.C. State Bar 35196
mbulleri@ncdoj.gov

North Carolina Dept. of Justice
P.O. Box 629
Raleigh, NC 27602
Phone: 919-716-6900
Fax: 919-716-6758

FOR INTERVENOR-DEFENDANTS
SENATOR PHILIP E. BERGER AND
REPRESENTATIVE TIMOTHY K.
MOORE

/s/ W. Ellis Boyle
N.C. State Bar 33826
weboyle@wardsmith.com

Ward & Smith, P.A.
P.O. Box 33009
Raleigh, NC 27636
Phone: 919-277-9187

Respectfully submitted,

FOR ALL PLAINTIFFS:

_____

Jaclyn Maffetore
N.C. State Bar 50849
jmaffetore@acluofnc.org

American Civil Liberties Union
of North Carolina Legal Foundation
P.O. Box 28004
Raleigh, NC 27611
Phone: 919-834-3466
Fax: 919-869-2075

FOR DEFENDANT DISTRICT
ATTORNEY JIM O'NEILL:

_____

N.C. State Bar 25760
kwilliams@belldavispitt.com

Bell Davis & Pitt, P.A.
P.O. Box. 21029
Winston-Salem, NC 27120-1029
Phone: 336-714-4150
Fax: 336-722-8153

FOR DEFENDANT ATTORNEY
GENERAL JOSHUA H. STEIN:

_____

Deputy Attorney General and
General Counsel
N.C. State Bar 56896
sboyce@ncdoj.gov

North Carolina Dept. of Justice
P.O. Box 629
Raleigh, NC 27602
Phone: 919-716-6900
Fax: 919-716-6758

FOR DEFENDANT SECRETARY
KODY H. KINSLEY:

_____

N.C. State Bar 32427
mwood@ncdoj.gov

North Carolina Dept. of Justice
P.O. Box 629
Raleigh, NC 27602
Phone: 919-716-6900
Fax: 919-716-6758

3

## CERTIFICATE OF SERVICE

I hereby certify that, on September 15, 2023, I electronically filed the foregoing with

the clerk of the court by using the CM/ECF system, which served notice of this electronic

filing to all counsel of record.

/s/ Hannah Swanson

Hannah Swanson*
Planned Parenthood Fed. of America
1110 Vermont Avenue NW, Suite 300
Washington, DC 20005
Tel.: (202) 803-4030
hannah.swanson@ppfa.org

*Special appearance filed