# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| PLANNED PARENTHOOD SOUTH ATLANTIC, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| JOSHUA STEIN, *et al.*, | ) Case No. 1:23-cv-00480-CCE-LPA ) |
| Defendants, | ) ) |
| and | ) ) |
| PHILIP E. BERGER, *et al.*, | ) ) |
| Intervenor-Defendants, | ) |

## [PROPOSED] ORDER GRANTING JOINT MOTION TO CONTINUE LOCAL RULE 16.1 INITIAL PRETRIAL CONFERENCE

The parties jointly move for a continuance of the Local Rule 16.1 initial pretrial conference currently scheduled for September 25, 2023. They identify a scheduling conflict between court dates in this case and agree that additional discovery, if any, should be postponed until after the Court's resolution of the pending amended motion for a preliminary injunction. DE 48.

Good cause shown, it is therefore **ORDERED** that the initial pretrial conference scheduled for September 25, 2023, is **CONTINUED** until a date no sooner than 30 days after entry of the Court's order resolving Plaintiffs' amended motion for a preliminary injunction.

This the ____ day of September, 2023.

_____<br>
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

      I hereby certify that, on September 15, 2023, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which served notice of this electronic filing to all counsel of record.

*/s/ Hannah Swanson*
Hannah Swanson*
Planned Parenthood Fed. of America
1110 Vermont Avenue NW, Suite 300
Washington, DC 20005
Tel.: (202) 803-4030
hannah.swanson@ppfa.org

*\*Special appearance filed*
