# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| PLANNED PARENTHOOD SOUTH ATLANTIC, *et al.*, <br><br>  Plaintiff, <br><br> v. <br><br> JOSHUA STEIN, *et al.*, <br><br>  Defendants, <br><br> and <br><br> PHILIP E. BERGER and TIMOTHY K. MOORE, <br><br>  Intervenor-Defendants. | Case No. 1:23-cv-480 <br><br> **MOTION TO WITHDRAW DENISE M. HARLE AS ATTORNEY FOR INTERVENOR-DEFENDANTS** |

Intervenor-Defendants Timothy K. Moore, Speaker of the North Carolina House of Representatives, and Philip E. Berger, President Pro Tempore of the North Carolina Senate respectfully request that Denise M. Harle be granted leave to withdraw as counsel for Intervenor-Defendants in the above-captioned case because she has departed from Alliance Defending Freedom. Attorney W. Ellis Boyle of Ward and Smith, P.A., and attorneys Erik C. Baptist, Erin M. Hawley, Erica Steinmiller-Perdomo, and Julia C. Payne of Alliance Defending Freedom remain counsel for Intervenor-Defendants Philip E. Berger and Timothy K. Moore in this matter and are keeping Intervenor-Defendants informed of all deadlines and court appearances.

1

RESPECTFULLY SUBMITTED THIS 6th day of October, 2023.

Julia Payne***
IN Bar No. 34728-53
jpayne@adflegal.org
ALLIANCE DEFENDING FREEDOM
15100 N. 90th Street
Scottsdale, AZ 85260
Tel.: (480) 388-8028
Fax: (480) 444-0028

Erin Hawley***
DC Bar No. 500782
ehawley@adflegal.org
Erik C. Baptist***
DC Bar No. 490159
ebaptist@adflegal.org
Erica Steinmiller-Perdomo***
DC Bar No. 90009737
esteinmiller@ADFlegal.org
ALLIANCE DEFENDING FREEDOM
440 First Street NW, Suite 600
Washington, DC 20001
Tel.: (202) 393-8690
Fax: (202) 347-3622

*s/ Denise M. Harle*
Denise M. Harle***
GA Bar No. 176758
dharle@adflegal.org
ALLIANCE DEFENDING FREEDOM
1000 Hurricane Shoals Rd. NE
Ste D-1100
Lawrenceville, GA 30043
Tel.: (770) 339-0774
Fax: (480) 444-0028

W. Ellis Boyle
N.C. State Bar I.D. No. 33826
email: docket@wardandsmith.com*
email: weboyle@wardandsmith.com **
WARD AND SMITH, P.A.
Post Office Box 7068
Wilmington, NC 28406-7068
Tel.: (910) 794-4800
Fax: (910) 794-4877

* This email address must be used in order to effectuate service under the Federal Rules of Civil Procedure

** Email address to be used for all communications other than service

*Attorneys for Intervenor-Defendants*

*** *Notice of Special Appearance Filed*

2

## CERTIFICATE OF SERVICE

I hereby certify that on October 6, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*s/ Denise M. Harle*
Denise M. Harle

3