UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| PLANNED PARENTHOOD SOUTH ATLANTIC, *et al.*, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) **Case No. 1:23-cv-480** ) |
| JOSHUA STEIN, *et al.*, | ) **[PROPOSED] ORDER** ) **GRANTING MOTION TO** |
| Defendants, | ) **WITHDRAW DENISE M.** ) **HARLE AS ATTORNEY FOR** |
| and | ) **INTERVENOR-DEFENDANTS** ) |
| PHILIP E. BERGER and TIMOTHY K. MOORE, | ) ) ) |
| Intervenor-Defendants. | ) ) |

This matter is before the Court on the Motion of Denise M. Harle to withdraw as counsel for Intervenor-Defendants. The court has reviewed the motion and finds there is good cause to allow the motion.

It is therefore ORDERED that Denise M. Harle is no longer counsel for Intervenor-Defendants in this case. Intervenor-Defendants remain represented by attorney W. Ellis Boyle of Ward and Smith, P.A., and attorneys Erik C. Baptist, Erin M. Hawley, Erica Steinmiller-Perdomo, and Julia C. Payne of Alliance Defending Freedom.

This the ___ day of _____, 2023.

_____
Honorable L. Patrick Auld
Magistrate Judge