IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| PLANNED PARENTHOOD SOUTH ATLANTIC, *et al.*, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )<br>) Case No. 1:23-cv-00480-CCE-LPA |
| JOSHUA STEIN, *et al.*, | )<br>) |
| Defendants, | )<br>) |
| and | )<br>) |
| PHILIP E. BERGER, *et al.*, | )<br>) |
| Intervenor-Defendants. | ) |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83.1(e), Attorney Helene T. Krasnoff respectfully requests the Clerk of the Court to withdraw her appearance as counsel for Plaintiff Planned Parenthood South Atlantic in this action because, as of November 9, 2023, Ms. Krasnoff will no longer work at Planned Parenthood Federation of America. Attorneys Hannah Swanson and Anjali Salvador from Planned Parenthood Federation of America, and Kristi Graunke and Jaclyn Maffetore, counsel of record admitted to practice law in North Carolina, will remain counsel of record for Planned Parenthood South Atlantic in this proceeding. The undersigned counsel also certifies that this motion will be served on Plaintiff Planned Parenthood South Atlantic.

RESPECTFULLY SUBMITTED this 3rd day of November, 2023.

/s/ *Helene T. Krasnoff*
Helene T. Krasnoff
Planned Parenthood Federation of America
1110 Vermont Avenue NW, Suite 300
Washington, DC 20005
Tel.: (202) 973-4800
helene.krasnoff@ppfa.org

# CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of November, 2023, I electronically filed the foregoing MOTION TO WITHDRAW with the clerk of court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record. I also certify that I will serve Plaintiff Planned Parenthood South Atlantic with this motion via email and by mail at the address below.

Planned Parenthood South Atlantic
100 South Boylan Ave.
Raleigh, NC 27603

*/s/ Helene T. Krasnoff*
Helene T. Krasnoff