**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**

| | | |
|---|---|---|
| PLANNED PARENTHOOD SOUTH ATLANTIC, *et al*., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 1:23-cv-00480-CCE-LPA |
| JOSHUA STEIN, *et al*., | ) ) | |
| Defendants, | ) ) | |
| and | ) ) | |
| PHILIP E. BERGER, *et al*., | ) ) | |
| Intervenor-Defendants. | ) | |

### [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

This matter comes before the Court on the Motion to Withdraw as Counsel filed by Plaintiff Planned Parenthood South Atlantic's Attorney Helene T. Krasnoff. Attorney Krasnoff moves the Court to withdraw her appearance as counsel for Plaintiff Planned Parenthood South Atlantic because her employment with Planned Parenthood Federation of America is ending. Having considered the motion, and for good cause shown,

IT IS THEREFORE ORDERED that the motion to withdraw is GRANTED and that Attorney Helene T. Krasnoff is hereby withdrawn from representing Plaintiff Planned Parenthood South Atlantic. Remaining counsel of record for Plaintiff Planned

Parenthood South Atlantic shall continue as counsel in this matter.

_____

The Honorable Catherine C. Eagles
United States District Judge

Dated: November \_\_\_\_, 2023

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of November, 2023, I electronically filed the foregoing MOTION TO WITHDRAW with the clerk of court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record. I also certify that I will serve Plaintiff Planned Parenthood South Atlantic with this motion via email and by mail at the address below.

Planned Parenthood South Atlantic
100 South Boylan Ave.
Raleigh, NC 27603


*/s/ Helene T. Krasnoff*
Helene T. Krasnoff