IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| PLANNED PARENTHOOD SOUTH ATLANTIC, *et al.*, | )<br>)<br>) |
| Plaintiffs, | )<br>)<br>) Case No. 1:23-cv-00480-CCE-LPA |
| v. | )<br>) |
| JOSHUA STEIN, *et al.*, | )<br>) |
| Defendants, | )<br>) |
| and | )<br>) |
| PHILIP E. BERGER, et al., | )<br>) |
| Intervenors-Defendants. | ) |

## JOINT STIPULATION OF PARTIAL DISMISSAL

Plaintiffs' Verified First Amended Complaint alleges a vagueness challenge to N.C. Gen. Stat. § 90-21.81B(3) as to whether the statute permits Plaintiff Beverly Gray to provide labor induction abortion in a hospital to survivors of rape and incest ("Induction Ban"). DE 42 ¶¶ 77–81. By stipulation of the parties, Plaintiff Dr. Gray voluntarily dismisses her challenge to the Induction Ban pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Plaintiff Dr. Gray dismisses no other claim in this matter, and Plaintiff Planned Parenthood South Atlantic dismisses none; therefore, Plaintiffs continue to pursue all remaining claims, namely those challenging the IUP Documentation Requirement in N.C. Gen. Stat. § 90-21.83B(a)(7) and the Hospitalization Requirement in N.C. Gen. Stat. §§ 90-21.81B(3), -(4), 90-21.82A, and 131E-153.

Date: December 1, 2023

Respectfully submitted,

FOR ALL PLAINTIFFS:

/s/ Kristi Graunke
Kristi Graunke
N.C. State Bar 51216
kgraunke@acluofnc.org

American Civil Liberties Union
of North Carolina Legal Foundation
P.O. Box 28004
Raleigh, NC 27611
Phone: 919-354-5066
Fax: 919-869-2075

FOR DEFENDANT DISTRICT
ATTORNEY JIM O'NEILL:

/s/ Kevin Guy Williams
N.C. State Bar 25760
kwilliams@belldavispitt.com

Bell Davis & Pitt, P.A.
P.O. Box. 21029
Winston-Salem, NC 27120-1029
Phone: 336-714-4150
Fax: 336-722-8153

FOR DEFENDANT ATTORNEY
GENERAL JOSHUA H. STEIN:

/s/ Sripriya Narasimhan
Sripriya Narasimhan
Deputy General Counsel
N.C. State Bar 57032
snarasimhan@ncdoj.gov

Attorney General Joshua H. Stein
114 W Edenton Street
Raleigh, NC 27603
Tel: (919) 716-6421

FOR DEFENDANT SECRETARY
KODY H. KINSLEY:

/s/ Michael T. Wood
N.C. State Bar 32427
mwood@ncdoj.gov

North Carolina Dept. of Justice
P.O. Box 629
Raleigh, NC 27602
Phone: 919-716-6900
Fax: 919-716-6758

FOR DEFENDANTS DISTRICT ATTORNEY TODD M. WILLIAMS, ET AL.:

/s/ Elizabeth Curran O'Brien
N.C. State Bar 28885
eobrien@ncdoj.gov

North Carolina Dept. of Justice
P.O. Box 629
Raleigh, NC 27602
Phone: 919-716-6900
Fax: 919-716-6758

FOR DEFENDANTS MICHAUX R. KILPATRICK, MD, PHD and RACQUEL
INGRAM, PHD, RN:

/s/ Michael E. Bulleri
N.C. State Bar 35196
mbulleri@ncdoj.gov

North Carolina Dept. of Justice
P.O. Box 629
Raleigh, NC 27602
Phone: 919-716-6900
Fax: 919-716-6758

FOR INTERVENOR-DEFENDANTS SENATOR PHILIP E. BERGER AND REPRESENTATIVE TIMOTHY K. MOORE:

/s/ W. Ellis Boyle
N.C. State Bar 33826
weboyle@wardsmith.com

Ward & Smith, P.A.
P.O. Box 33009
Raleigh, NC 27636
Phone: 919-277-9187

3

Case 1:23-cv-00480-CCE-LPA   Document 84   Filed 12/01/23   Page 3 of 4

## CERTIFICATE OF SERVICE

I hereby certify that, on December 1, 2023, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which served notice of this electronic filing to all counsel of record.

*/s/ Brigitte Amiri*
Brigitte Amiri*
American Civil Liberties Union Foundation, Inc.
125 Broad Street, 18th Floor
New York, New York 10004
Tel.: (212) 549-2633
bamiri@aclu.org

*Special appearance filed*