# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF NORTH CAROLINA

PLANNED PARENTHOOD SOUTH ATLANTIC, et al.
     v.                                     Case Number: 1:23CV480
JOSHUA STEIN, et al.

## *NOTICE*

**TAKE NOTICE** that a **BENCH TRIAL** has been tentatively **SET** in the above-referenced case for the **May 6, 2024 CALENDAR TERM**. Said term shall begin on **May 6, 2024** and will continue until all the cases on the calendar have been tried. **Cases will not necessarily be called trial in the order in which they will appear on the calendar.**

| | |
|---|---|
| PLACE: | **L. Richardson Preyer Bldg., 324 W. Market St., Greensboro, N.C.** |
| COURTROOM NO: | **3** |
| DATE & TIME: | **May 6, 2024 at 9:30 a.m.** |
| PROCEEDING: | **Bench Trial** |

**\*Counsel will be notified of a date certain for trial closer to the start of the term**.

A settlement conference in the above-referenced case will be set for a date approximately 30 days before the commencement of the Calendar term. Counsel are directed to bring their clients and a representative from the corporations to the settlement conference.

The parties shall comply in all respects with Fed. R. Civ. P. 26(a)(3) regarding final pretrial disclosure, including the time requirements set out therein. **Unless the court orders otherwise, pretrial disclosures must be made no later than April 6, 2024. Motions in limine must be filed no later than April 12, 2024. Any objections to pretrial disclosures and responses to motions in limine must be served and promptly filed no later than April 19, 2024.**

**If dispositive motions are filed at the close of discovery, the trial date may be moved to the July civil term.**

**Each party shall file a trial brief, along with proposed findings of fact and conclusions of law no later than April 15, 2024.** An electronic Word version of the findings of fact and conclusions of law shall be emailed to the assigned district judge's ECF mailbox.

---

John S. Brubaker, Clerk

By:    /s/ Robin Winchester

Date:  December 4, 2023

TO:    ALL COUNSEL AND/OR PARTIES OF RECORD