UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF NORTH CAROLINA

**TRIAL CALENDAR**

HONORABLE CATHERINE C. EAGLES, CHIEF UNITED STATES DISTRICT JUDGE

**May 6, 2024**
9:30 a.m.

NOTICE TO COUNSEL

Said term will begin on May 6, 2024. Counsel shall be notified of a date certain for trial closer to the start of the term. Counsel in all cases shall be prepared to appear at any time during the term when notified to do so by the Court.

Counsel shall comply with the deadlines in the Trial Preparation Order, if one has been entered, or by other order. If no order has been or is entered, the deadlines in FedRCivP26(a)(3) and LR 40.01 apply.

If a settlement conference is set, counsel, all litigants, including representatives from any corporate litigants, and others with needed settlement authority must appear.

Jury selection for **Judge Catherine C. Eagles** will take place in **Courtroom No. 3, 324 W. Market Street, Greensboro, N.C.**

If you are contemplating using either the District Court's or your own Digital Evidence Presentation System, please visit the Court Technology section at our website, www.ncmd.uscourts.gov. If counsel choose to use their own system, they are to contact opposing counsel and the **Judge's Case Manager** no later than April 5, 2024.

| | |
|---|---|
| 1:22CV872 | MONTREAL PERRY v. JOHN R. GUILL, JR.<br>**JURY: PRISONER CIVIL RIGHTS**<br>Plaintiff:     D.J. O'Brien, III<br>                   Katarina K. Wong<br>Defendant: Bradley Owen Wood<br>ETT:          2 days |
| 1:22CV915 | MARKEL AMERICAN INSURANCE COMPANY<br>v. RICHARD MCRAE, et al<br>**JURY: DECLARATORY JUDGMENT (INSURANCE)**<br>Plaintiff:     Jason Harris<br>Defendant: Steven Lawrence<br>                   Charles Smith<br>ETT:          3 days |
| 1:23CV158 | GARY WILLIAMS v. CRISTIN JOHNSON<br>**JURY: DIVERSITY-AUTO NEGLIGENCE**<br>Plaintiff:     Jonathan Ward<br>                   Matthew Millisor<br>Defendant: Pro Se<br>ETT:          4 days |
| 1:23CV426<br>[TRIAL SET<br>05/13/24] | MARIE CARLTON v. NOVANT HEALTH, INC., et al<br>**JURY: AMERICANS WITH DISABILITIES ACT**<br>Plaintiff:     Wilson Fong<br>Defendant: Nikole Mergo<br>ETT:          3-5 days |
| 1:23CV427 | MAURICE WELLS, JR. v. SHERIFF TERRY S. JOHNSON<br>**JURY: CIVIL RIGHTS ACT**<br>Plaintiff:     Lorin Lapidus<br>                   C Amanda Martin<br>                   Sarah Ludington<br>Defendant: Elizabeth Stephens<br>ETT:          5 days |

| | |
|---|---|
| 1:23CV480 | PLANNED PARENTHOOD SOUTH ATLANTIC et al v. JOSHUA STEIN |

**BENCH TRIAL: CIVIL RIGHTS ACT**

| | |
|---|---|
| Plaintiff: | Hannah Swanson |
| | Anjali Salvador |
| | Brigitte Amiri |
| | Kristi Graunke |
| | Vanessa Pai-Thompson |
| | Jaclyn Maffetore |
| Defendant: | Amar Majmundar |
| | Stephanie Brennan |
| | Sarah Boyce |
| | Sripriya Narasimhan |
| | Elizabeth O'Brien |
| | Kevin Williams |
| | Michael Bulleri |
| Intervenor Defendant: | William Boyle |
| | Erik Baptist |
| | Erin Hawley |
| | Julia Payne |
| | Kevin Theriot |
| ETT: | 2-3 days |

| | |
|---|---|
| 1:23CV484 | CANDICE MICHAEL v. ROSLYN MOORE CRISP, D.D.S. M.S., P.A. |

**JURY: AMERICANS WITH DISABILITIES ACT**

| | |
|---|---|
| Plaintiff: | Wilson Fong |
| Defendant: | Joshua Durham |
| ETT: | 3-5 days |