# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF NORTH CAROLINA

Planned Parenthood South Atlantic, et al

    v.            Case Number: 1:23CV480

Joshua Stein, et al.

## *NOTICE*
———

  **TAKE NOTICE** that a **BENCH TRIAL** has been **SET** in the above-referenced case for **July 22, 2024.**

| | |
|---|---|
| PLACE: | **L. Richardson Preyer Bldg., 324 W. Market St., Greensboro, N.C.** |
| COURTROOM NO. | **3** |
| DATE & TIME: | **July 22, 2024 at 9:30 a.m.** |
| PROCEEDING: | **Bench Trial** |

  A settlement conference in the above-referenced case may be set by separate order. If so scheduled, all parties are **REQUIRED** to attend any scheduled settlement conference.

  The parties shall comply in all respects with Fed. R. Civ. P. 26(a)(3) regarding final pretrial disclosure, including the time requirements set out therein. **Unless the court orders otherwise, pretrial disclosures must be made no later than June 22, 2024. Motions in limine must be filed no later than June 28, 2024. Any objections to pretrial disclosures and responses to motions in limine must be served and promptly filed no later than July 5, 2024.**

  **Each party shall file a trial brief, along with proposed findings of fact and conclusions of law no later than July 1, 2024.** An electronic Word version of the findings of fact and conclusions of law shall be emailed to the assigned district judge's ECF mailbox.

---

John S. Brubaker, Clerk

By: /s/ Robin Winchester

Date: March 13, 2024

TO: ALL COUNSEL AND/OR PARTIES OF RECORD