# *UNITED STATES DISTRICT COURT*

## *MIDDLE DISTRICT OF NORTH CAROLINA*

Planned Parenthood South Atlantic, et al

        v.                Case Number: 1:23CV480

Joshua Stein, et al

# NOTICE OF SCHEDULING

**Take notice** that a proceeding in the case has been **scheduled** as indicated below:

           PLACE:      L. Richardson Preyer Bldg.
                                324 W. Market St., Greensboro, NC
**COURTROOM NO.:**   3
 **DATE AND TIME:**   June 5, 2024 at 2:00 p.m.
      **PROCEEDING:**   Hearing on pending Motions

---

John S. Brubaker, Clerk

By: /s/ Robin Winchester, Deputy Clerk

Date:   May 3, 2024

TO:     ALL COUNSEL/PARTIES OF RECORD