UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| PLANNED PARENTHOOD SOUTH ATLANTIC, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> JOSHUA STEIN, *et al.*, <br><br> Defendants, <br><br> and <br><br> PHILIP E. BERGER and TIMOTHY K. MOORE, <br><br> Intervenor-Defendants. | **Case No. 1:23-cv-480** <br><br> **[PROPOSED] ORDER GRANTING INTERVENOR-DEFENDANTS' UNOPPOSED MOTION TO EXCEED WORD LIMIT FOR REPLY IN SUPPORT OF CROSS-MOTION FOR SUMMARY JUDGMENT** |

This matter is before the Court on the Unopposed Motion of Intervenor-Defendants Philip E. Berger and Timothy K. Moore to exceed the word limit allowed by the case management order in this case for their reply in support of the cross-motion for summary judgment by 1,000 words. The court has reviewed the motion and finds there is good cause to allow the motion.

It is therefore ORDERED that Intervenor-Defendants may file a reply in support of their cross-motion for summary judgment that does not exceed 4,125 words.

This the ___ day of _____, 2024.

_____
The Honorable Catherine C. Eagles
United States District Judge