IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| PLANNED PARENTHOOD SOUTH ATLANTIC, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| JOSHUA STEIN, *et al.*, | ) 1:23-CV-480 ) |
| Defendants, | ) ) |
| and | ) ) |
| PHILIP E. BERGER and TIMOTHY K. MOORE, | ) ) ) |
| Intervenor-Defendants. | ) |

## ORDER GRANTING INTERVENOR-DEFENDANTS' UNOPPOSED MOTION TO EXCEED WORD LIMIT FOR REPLY IN SUPPORT OF CROSS-MOTION FOR SUMMARY JUDGMENT

This matter is before the Court on the Unopposed Motion of Intervenor-Defendants Philip E. Berger and Timothy K. Moore to exceed the word limit allowed by the case management order for their reply in support of the cross-motion for summary judgment by 1,000 words. The court has reviewed the motion and finds there is good cause to allow the motion.

It is therefore **ORDERED** that Intervenor-Defendants may file a reply in support of their cross-motion for summary judgment that does not exceed 4,125 words.

This the 29th day of May, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE