IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

PLANNED PARENTHOOD SOUTH )
ATLANTIC, et al., )
 )
             Plaintiffs, )
 )
v. )   1:23-CV-480
 )
JOSHUA STEIN, et al., )
             Defendants. )
 )
and )
 )
PHILLIP E. BERGER and TIMOTHY )
K. MOORE, )
 )
             Intervenor-Defendants. )

## FINAL JUDGMENT and PERMANENT INJUNCTION

For reasons stated in the memorandum opinion and order filed July 26, 2024, Doc. 106, it is **ORDERED AND ADJUDGED** that:

1. The plaintiffs' motion for summary judgment, Doc. 93, is **GRANTED in part** as to the IUP provision, § 90-21.83B(a)(7), and is otherwise **DENIED**.

2. The defendant-intervenors' cross-motion for summary judgment, Doc. 97, is **GRANTED in part** as to the hospitalization requirement, §§ 90-21.81B(3), (4); § 90-21.82A(c), and is otherwise **DENIED**.

3. Upon receipt of this Order, each and every defendant, their agents, and successors in office are permanently **RESTRAINED**, **ENJOINED**, and

**FORBIDDEN** from enforcing – by civil action, criminal proceeding, administrative action or proceeding, or any other way – the provision requiring documentation of the existence or probable existence of an intrauterine pregnancy, § 90-21.83B(a)(7).

4. All plaintiffs' remaining claims are **DISMISSED**.

5. The preliminary injunction entered September 30, 2023, Doc. 80, is terminated.

This the 29th day of July, 2024.

_____
UNITED STATES DISTRICT JUDGE